UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

MICHAEL W. KENNEDY,                          \*

                              Plaintiff,     \*    CIVIL ACTION
                                                  NO. 3:02cv1754

        VS.                                  \*

BMW FINANCIAL SERVICES, N.A.                 \*
                                                  OCTOBER 14, 2003
                              Defendant      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

## ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

Defendant BMW Financial Services, N.A., LLC (improperly named in the complaint as "BMW Financial Services, N.A.") (hereinafter the "Defendant") responds to the Complaint of the plaintiff Michael W. Kennedy (the "Plaintiff") as follows:

### FIRST COUNT

1.      Defendant lacks information and belief as to the allegations in paragraph 1 and accordingly leaves Plaintiff to his proof.

2.      Defendant admits the allegations in paragraph 2 and notes the proper name.

2 [sic]. Defendant admits the allegations in paragraph 2.

3.    Defendant denies that this is an action for declaratory judgment or injunction, and denies that any violation of the cited statutes has occurred and leaves Plaintiff to his proof.

4.    Defendant admits the allegations in paragraph 2 for jurisdictional purposes only.

5 – 7. The allegations in paragraphs 5 through 7 are legal assertions to which no response is appropriate.  To the extent a response is required, these allegations are denied.

8 – 14. Defendant denies the allegations in paragraphs 8 through 14 and leaves Plaintiff to his proof.

## SECOND COUNT

The allegations in the Second Count of the Complaint were dismissed by Order of this Court (Droney, J.) on October 3, 2003.

## THIRD COUNT

20.    The response to paragraph 2 of the First Count is incorporated herein.

21–22. Defendant denies the allegations in paragraphs 21 and 22 and leaves Plaintiff to his proof.

2

## DEFENDANT'S AFFIRMATIVE DEFENSES

1.   To the extent the lease contained any inaccuracies, which is herein expressly denied, they were not attributable to Defendant.

2.   To the extent the lease contained any inaccuracies, which is herein expressly denied, they resulted from unintentional, bona fide errors notwithstanding procedures reasonably adapted to avoid the same.

3.   To the extent the lease contained any inaccuracies, which is herein expressly denied, they occurred despite reasonable, good-faith efforts to comply with all applicable legal obligations.

4.   Plaintiff comes to this Court with unclean hands.

5.   Plaintiff has failed to mitigate his damages, or cannot recover to the extent that he has done so.

3

## DEFENDANT'S COUNTERCLAIM

1.     The lease agreement referred to in the complaint obligated Plaintiff to return the vehicle in an undamaged condition, to cooperate with various end-of-lease return requirements, to pay for excess mileage and other charges, and to reimburse Defendant's expenses and attorney's fees for enforcing these obligations.

2.     Plaintiff has breached these obligations, all of which have caused Defendant to suffer damages.

3.     This Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. §1367.

WHEREFORE, Defendant respectfully prays for:
   1. compensatory damages;
   2. attorney's fees;
   3. costs and interest; and
   4. such other and further relief as this Court deems appropriate.

BMW FINANCIAL SERVICES NA, LLC

By: _____
Sheila A. Denton, Esq. (ct 11436)
Adam J. Cohen, Esq. (ct 19877)
Pullman & Comley, LLC
850 Main Street  P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone:  (203) 330-2000

4

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the date hereon to:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street
Branford, CT  06405
Telephone:  (203) 481-1322

**Attorney for the Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT  06405
Telephone:  (203) 481-4040

_____

Sheila A. Denton
Adam J. Cohen

BPRT/56275.5/AJC/451239v1

5