UNITED STATES DISTREICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V.

    CIVIL ACTION NO.
    3:02CV 1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

    Defendant.    OCTOBER 17, 2003

### PLAINTIFF'S MOTION TO AMEND PLANNING REPORT

Plaintiff requests a modification of the Report of Parties' Planning Meeting as set forth below:

1. Extend the time for deposition of defendant BMW Financial Services by 45 days from the date the court grants this motion. Defendant is located in Ohio and that time frame is necessary to agree on date the defendant will be available, plane reservations and serving notice of deposition.

2. Extend the time to file dispositive motions by 105 days from the date the court grants this motion.

3. Extend the trial memorandum accordingly.

Plaintiff represents that the parties filed their first motion with consent on April 21, 2003. The time has expired for taking defendant's deposition and the time will expire on November 14 for filing dispositive motions. The Court ruled

ORAL ARGUMENT NOT REQUESTED:

on defendant's Motion to Dismiss on October 3, 2003.

Plaintiff via facsimile and U.S. Mail requested that defendant's consent to the above motion however, the defendant has not replied, therefore plaintiff is unable to ascertain its position.

The matter is not on the trial list.

THE PLAINTIFF

BY _____
Bernard T. Kennedy
49 Rose Street, #301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was mailed on this date via U.S. Mail, postage prepaid to:

Adam J. Cohen, Esq.
Sheila A. Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

_____
Bernard T. Kennedy