UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | \* |
| Plaintiff, | \* CIVIL ACTION NO. 302CV1754 (CFD) |
| VS. | \* |
| BMW FINANCIAL SERVICES, N.A. | \* |
| Defendant | \* OCTOBER 27, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND PLANNING REPORT

The defendant BMW Financial Services NA, LLC ("Defendant") hereby objects to the Motion to Amend Planning Report filed by the plaintiff Michael W. Kennedy ("Plaintiff").

This action, removed to this Court on October 3, 2002, is a dispute over certain alleged overcharges in a motor vehicle lease. This Court (Droney, J.) approved the Report of Parties Planning Meeting on December 9, 2002. That Report entitled the parties to more than five months (until May 15, 2003) to conduct depositions in this matter. On July 14, 2003, this Court (Droney, J.) granted a motion to extend that deadline through until September 15, 2003. This four-month extension was jointly requested by both parties due to the pendency of Defendant's Motion to Dismiss, with the understanding that any further extensions would again have to be negotiated.

Plaintiff now seeks to extend that deadline again, unilaterally and on a *nunc pro tunc* basis, to an unspecified date "45 days from the date the court grants [his] motion."

Defendant respectfully objects to Plaintiff's motion as both unwarranted and prejudicial. Both parties conducted extensive paper discovery during the ample discovery period. For example, Defendant provided responses and 99 pages of documents to Plaintiff's 21 interrogatories and production requests between January and May 2003. Plaintiff has provided no explanation for his failure to conduct the deposition prior to the agreed-upon deadline or in the several months it has had these materials.

Also, since Defendant and its relevant employees are located in the state of Ohio, Plaintiff correctly observes that deposing Defendant will force it to incur significant transportation and lodging expenses. Finally, Defendant already intends to file a motion for summary judgment by the existing deadline for doing so, which is less than three weeks away (November 14, 2003). If Plaintiff contends that he would like additional discovery in order to oppose that motion, he was obligated to comply with the procedures set forth in Federal Rule of Civil Procedure 56(f), which he has not. There can be no justification for either the delay or imposition which extending the deposition period at this late stage -- to an unspecified date in the indefinite future -- would cause.

Finally, in his motion, Plaintiff states that "defendant has not replied" to his request for consent to his motion to amend the planning report. This is false. Defendant made clear to Plaintiff its anticipated opposition to any such motion both by telephone on October 15, 2003 and by letter dated October 17, 2003.

WHEREFORE, the Defendant respectfully prays that the Plaintiff's motion to amend the Planning Report be DENIED.

THE DEFENDANT
BMW FINANCIAL SERVICES NA, LLC

By: _____
Sheila A. Denton (ct 11436)
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

## CERTIFICATION

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to each attorney of record and to all pro se parties of record as follows:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street
Branford, CT 06405
Telephone: (203) 481-1322

**Attorney for the Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT 06405
Telephone: (203) 481-4040

_____
Adam J. Cohen, Esq.

BPRT/56275.5/AJC/495902v1