UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V.                                      CIVIL ACTION NO.
                                          3:02CV1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

    Defendant.                           OCTOBER 30, 2003

## SUR REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF MOTION TO AMEND PLANNING REPORT

The defendant with consent on April 21, 2003 filed the first extension of time to enlarge the discovery period awaiting the ruling on defendant's motion to dismiss plaintiff's complaint. The undersigned and Attorney Cohen agreed that it would be cost effective to postpone the deposition of defendant BMW Financial Service until such time as the court ruled on the motion to dismiss.

The undersigned previously represented to defendant's counsel that he would travel to Ohio to take the deposition(s) as required under the Rule 30 (b) (1) of the Fed. R. Civ. P. (the deposition of a corporation occurs at its principal place of business) see Custom Form Mfg., Inc. v. Omron Corp., 196 F.R.D. 333, 336 (N.D. Ind. 2000). The undersigned was surprised that Attorney Cohen does not remember the agreement he entered into.

The Court ruled on defendant's motion to dismiss in October 2003. The Truth in Lending violation and CUTPA were denied and the violation of the Motor Vehicle

Information and Cost Saving Act was granted. Thereafter, defendant filed an answer and counterclaim type dated October 14, 2003.

Defendant will not be prejudiced by the additional time requested to take the deposition of its employee(s) as plaintiff must be provided time to respond to the counterclaim and do discovery since defendant has waited over <u>one year</u> to bring the counterclaim. The counterclaim caught plaintiff by surprise and to deny plaintiff his right to discover the basis of the counterclaim when defendant states it intends to file summary judgment motion within two weeks will prejudice plaintiff, be an ambush, breach the agreement between the parties and deny plaintiff his right to conduct discovery on the counterclaim.

WHEREFORE, plaintiff requests that his motion to amend the planning report be granted in all parts.

THE PLAINTIFF

BY /s/ 
Bernard T. Kennedy
49 Rose Street, #301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680

## CERTIFICATE OF SERVICE

This is to certify that on this date, via U.S. Mail, a copy of the foregoing was mailed postage prepaid to :

Adam J. Cohen, Esq.
Sheila A. Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

Bernard T. Kennedy