UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

v.                              CASE NO. 3:02CV 1754 (CFD)

BMW FINANCIAL SERVICES, N.A.      OCTOBER 31, 2003

    Defendant.

## PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM

Pursuant to Rule 12(b) and (h), plaintiff moves to dismiss the defendant's Counterclaim for lack of subject matter jurisdiction over the counterclaim, or for failure to state a claim upon which relief can be granted. A memorandum is submitted herewith.

THE PLAINTIFF

BY /s/ Kennedy
Bernard T. Kennedy
49 Rose Street, #301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed postage prepaid, on October 31, 2003 to:

Adam J. Cohen, Esq.
Sheila Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

_____
Bernard T. Kennedy