

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | \* |
| Plaintiff, | \*   CIVIL ACTION |
| | NO. 302CV1754 (CFD) |
| VS. | \* |
| BMW FINANCIAL SERVICES, N.A. | \* |
| Defendant | \*   OCTOBER 31, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S REQUEST FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S "SUR REPLY" TO AMEND PLANNING REPORT

The Defendant hereby requests leave of this Court to file the attached Response to the Plaintiff's "Sur Reply to Defendant's Objection to Plaintiff [*sic*] Motion to Amend Planning Report" dated October 30, 2003. This request should be granted because Defendant deserves the opportunity to respond to the misleading representations in Plaintiff's submission.

WHEREFORE, the Defendant respectfully prays for leave to file the attached Response, and that it be deemed filed upon the granting of this motion.

THE DEFENDANT
BMW FINANCIAL SERVICES NA, LLC

By: _____
Sheila A. Denton (ct 11436)
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006

## **CERTIFICATION**

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to each attorney of record and to all pro se parties of record as follows:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street
Branford, CT  06405
Telephone:  (203) 481-1322

**Attorney for the Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT  06405
Telephone:  (203) 481-4040

_____
Adam J. Cohen, Esq.