FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2003 NOV -7  P 2: 04

US DISTRICT COURT
HARTFORD CT

MICHAEL W. KENNEDY

Plaintiff,

CIVIL ACTION NO.
3:02 CV 1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

Defendant.                                                   NOVEMBER 4, 2003

### PLANTIFF'S CONSENTS TO DEFENANT'S REQUEST FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S "SUR-REPY" TO AMEND PLANNING REPORT

Plaintiff Michael W. Kennedy consents to defendant BWM Financial Services Request for Leave to File Response to Plaintiff's "Sur-Reply" to Amend Planning Report.

Plaintiff consented to defendant's request to inform the court how defendant makes different representations to it. In defendant's objection to plaintiff's motion to amend planning report typed dated October 27, 2003 on page 2, it states "Plaintiff has provided no explanation for his failure to conduct the *deposition* prior to the agreed-upon deadline . . . ."

On October 31, 2003, four short days later, defendant's Reponses to Plaintiff's "Sur-Reply" to Amend Planning Report, paragraph no. 2, defendant states in bold italics "The agreement was to postpone the depositions for *precisely four months* in hopes the ruling would be issued within that time . . . ."

WHEREFORE, PLAINTIFF requests that this Court grant his motion to Amend the Planning Report in all parts.

THE PLAINTIFF

BY /s/ Bernard T. Kennedy
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-1322
Fed. Bar No. ct00680

### CERTIFICATE OF SERIVCE

This is to certify that a copy of the foregoing was mailed on this dated via U.S. Mail postage prepaid to:

Adam J. Cohen, Esq.
Sheilal A. Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

/s/ Bernard T. Kennedy
Bernard T. Kennedy