FILED

03 NOV 14 P 2: 10

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD CT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | \* |
| | CIVIL ACTION |
| Plaintiff, | \*   NO. 3:02cv1754 (CFD) |
| VS. | \* |
| BMW FINANCIAL SERVICES, N.A. | \* |
| | NOVEMBER 14, 2003 |
| Defendant | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule 56, the defendant BMW Financial Services NA, LLC hereby moves for summary judgment in its favor upon the Amended Complaint of the plaintiff, Michael W. Kennedy. This Motion is submitted with the following: (A) a Local Rule 56(a)(1) Statement of undisputed facts; (B) a Memorandum of Law; (C) an Appendix of Unreported/Foreign Authorities; and (D) an Appendix of Exhibits.

THE DEFENDANT
BMW FINANCIAL SERVICES NA, LLC

By: _____
Sheila A. Denton (ct 11436)
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone (203) 330-2000

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the date hereon to:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street
Branford, CT  06405
Telephone:  (203) 481-1322

**The Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT  06405
Telephone:  (203) 481-4040

_____
Adam J. Cohen