FILED

03 NOV 14 P 2:10

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | *  |
|       Plaintiff, | *    CIVIL ACTION<br>NO. 3:02cv1754 (CFD) |
| VS. | * |
| BMW FINANCIAL SERVICES, N.A. | * |
|       Defendant | *    NOVEMBER 14, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## NOTICE OF MANUAL FILINGS

Please take notice that the Defendant has manually filed its Appendix of Unreported/Foreign Authorities and Appendix of Exhibits, both of which are filed in support of its Motion for Summary Judgment, because the electronic file size of each would be excessive and burdensome.

Defendant has submitted diskette versions of its Motion, Memorandum of Law, and Local Rule 56(a)(1) Statement themselves. All documents have been manually served upon all parties.

THE DEFENDANT
BMW FINANCIAL SERVICES NA, LLC

By: _____
Sheila A. Denton (ct 11436)
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the date hereon to:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street
Branford, CT  06405
Telephone:  (203) 481-1322

**The Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT  06405
Telephone:  (203) 481-4040

_____
Adam J. Cohen

BPRT/56275.5/AJC/498077v1