*EXHIBIT A*

# BERNARD T. KENNEDY
A LIMITED LIABILITY COMPANY
## ATTORNEY AT LAW

49 ROSE STREET, SUITE 301  BRANFORD, CT 06405  TELEPHONE (203) 481-1322  FAX (203) 483-7922

Bernard T. Kennedy　　　　　　　　　　　　　　　　　　　　　　　　　　　　btk296@aol.com
*also admitted in ME, MD, NY

March 5, 2003

Adam J. Cohen, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

RE: Kennedy v. BMW Financial Services

Dear Attorney Cohen:

      Pursuant to the parties planning meeting, please find plaintiff's damage analysis.

      Plaintiff has alleged violations of the Consumer Leasing Act, Motor Vehicle Information and Cost Savings Act and CUTPA.

      Plaintiff seeks forgiveness of the over mileage charge in the sum of $2,975.45 and correction of any adverse credit that the defendant may have reported to any credit reporting company. He also seeks statutory damages under the CLA in amount of $1,000, statutory damages of three times the over mileage charge under the odometer act in the amount of $8,925 and punitive damages by the court under CUTPA. Also, he seeks costs and attorney fees at the conclusion of the case.

Very truly yours,
Bernard T. Kennedy, LLC

Bernard T. Kennedy