

UNITED STATES DISTREICT COURT
DISTRICT OF CONNECTICUT



MICHAEL W. KENNEDY

    Plaintiff,

V.                                            CIVIL ACTION NO.
                                                3:02CV 1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

    Defendant.                                 OCTOBER 17, 2003

### PLAINTIFF'S MOTION TO AMEND PLANNING REPORT

Plaintiff requests a modification of the Report of Parties' Planning Meeting as set forth below:

1. Extend the time for deposition of defendant BMW Financial Services by 45 days from the date the court grants this motion. Defendant is located in Ohio and that time frame is necessary to agree on date the defendant will be available, plane reservations and serving notice of deposition.

2. Extend the time to file dispositive motions by 105 days from the date the court grants this motion.

3. Extend the trial memorandum accordingly.

Plaintiff represents that the parties filed their first motion with consent on April 21, 2003. The time has expired for taking defendant's deposition and the time will expire on November 14 for filing dispositive motions. The Court ruled

ORAL ARGUMENT NOT REQUESTED:

GRANTED, AS MODIFIED: (1) The deposition shall be taken by no later than January 30, 2004; (2) Dispositive motions must be filed no later than December 31, 2003; (3) The trial memo date will be set by the Court. So ordered.

Christopher F. Droney
United States District Judge
11/26/03