United States District Court
[stamp, partially illegible]

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

| | | |
|---|---|---|
| MICHAEL W. KENNEDY, | \* | |
| Plaintiff, | \* | CIVIL ACTION NO. 302CV1754 (CFD) |
| VS. | \* | |
| BMW FINANCIAL SERVICES, N.A. | \* | |
| Defendant | \* | OCTOBER 31, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S RESPONSE TO PLAINTIFF'S "SUR REPLY" TO AMEND PLANNING REPORT

The defendant BMW Financial Services NA, LLC ("Defendant") hereby responds to the Plaintiff's "Sur Reply to Defendant's Objection to Plaintiff [sic] Motion to Amend Planning Report" dated October 30, 2003, as follows:

1) The undersigned did not agree to postpone depositions indefinitely until the Court ruling on the dismissal motion. The agreement was to postpone the depositions for *precisely four months* in hopes the ruling would be issued within that time, which is *exactly* what the parties' motion filed with the Court explicitly stated. See Motion dated April 21, 2003.

2) The counterclaim did not catch Plaintiff "by surprise." It was mentioned in Paragraph III.B of the Parties' December 2, 2002 Planning Report, and had been the subject of numerous discussions both before that date and since.

3) Defendant will not "ambush" Plaintiff with its counterclaim since its Motion for Summary Judgment due on November 14, 2003 will be directed solely to the complaint. Defendant will not seek summary judgment upon its counterclaim at that time.

4) Finally, the deposition which Plaintiff proposes could not possibly yield any information which would demonstrate a material dispute of fact relevant to his complaint. Defendant's summary judgment motion will turn solely upon undisputed facts and questions of law.

THE DEFENDANT
BMW FINANCIAL SERVICES NA, LLC

By: _____
Sheila A. Denton (ct 11436)
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006

## CERTIFICATION

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to each attorney of record and to all pro se parties of record as follows:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street
Branford, CT  06405
Telephone: (203) 481-1322

**Attorney for the Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT  06405
Telephone: (203) 481-4040

_____
Adam J. Cohen, Esq.

BPRT/56275.5/AJC/496503v1