UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V().

BWM FINANCIAL SERVICES, N.A.

CIVIL ACTION NO.
3:02CV 1754 (CFD)

NOVEMBER 25, 2003

## PLAINTIFF MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff request an extension of time of 45 days after the court rules on Plaintiff's motion to Amend Planning Report [Dkt. No. 39] in order to take the deposition of the defendant BMW Financial Services and properly respond to defendant's motion for Summary Judgment and filed his own motion for summary judgment. This request is intertwined with [Dkt. No. 39]

Plaintiff represents that the matter is not on the trial list. He further represents that he has contacted counsel for the defendant and that he objects to this motion.

THE PLAINTIFF

BY /s/
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 48101322
Fed. Bar No. ct00680

ORAL ARGUMENT NOT REQUESTED

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. Mail on this ~~24~~ 25th day of November 2003 to:

Adam Cohen, Esq.
Sheila Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

/s/ Bernard T. Kennedy
Bernard T. Kennedy