FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     2004 JAN 27  P 12: 18

U.S. DISTRICT COURT
HARTFORD, CT.

MICHAEL W. KENNEDY

    Plaintiff,

    V.                                              CIVIL ACTION NO.
                                                3:02CV 1754 (CFD)

BWM FINANCIAL SERVICES, N.A.                    JANUARY 26, 2004

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Michael W. Kennedy ("Kennedy") objects to the Motion for Summary Judgment filed by the Defendant BMW Financial Services, N.A. ("BMW") and hereby submits his Cross-Motion for Summary Judgment on the Amended Complaint.

WHEREFORE, the plaintiff respectfully moves that the defendant's Motion for Summary Judgment be denied and that plaintiff's Cross-Motion for Summary Judgment be granted.

THE PLAINTIFF

Bernard T. Kennedy
49 Rose Street, #301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 26 day of January 2004 via U.S. Mail to:

Adam J. Cohen, Esq.
Sheila Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

Bernard T. Kennedy