UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 12: 19
U.S. DISTRICT COURT
HARTFORD, CT.

MICHAEL W. KENNEDY

    Plaintiff,

V.

    CIVIL ACTION NO.
    3:02CV 1754 (CFD)

BWM FINANCIAL SERVICES, N.A.

    Defendant.

JANUARY 26, 2004

## LOCAL RULE 56 (a) (2) STATEMENT

This is plaintiff Local Rule 56(a) (2) statement in reply to Defendant BMW Financial Services, N.A.'s Local Rule 56 (a) (1) statement.

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

5. Admitted the Dealer immediately assigned the Vehicle and lease to Defendant and Defendant began collecting monthly payment from the Iannuzzis. The remainder is Denied.

6. Denied.

7. Admitted that on or about January 28, 2000, Plaintiff and the Iannuzzis executed a Transfer of Interest and Assumption Obligation and Defendant executed this document on or about February 28, 2000. The remainder is Denied.

8. Admitted that is what the bill states. Denied the bill is accurate.

9. Admitted that is what the bill states. Denied the bill is accurate.

PLAINTIFF'S STATEMENT OF ISSUES OF MATERIAL FACTS TO BE TRIED.

1. That the defendant BMW is liable for the lease violations as an assignee of the lease dated April 30, 1999.

2. That the defendant BMW is liable for the lease violations as a lessor on the lease dated April 30, 1999.

3. That BMW was substantially involved in the lease dated April 30, 1999.

4. That the lease violations within the lease were attributable to BMW on the April 30, 1999 lease.

5. That the lease assigned by BMW to plaintiff in 2000 contained a modification of the original lease or was a new lease that required new disclosures by BMW.

6. That BMW's early termination formula in the lease was neither clear nor conspicuous.

7. That the excess mileage charged plaintiff was inaccurate.

THE PLAINTIFF

Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-1322
Fed. Bar No. ct00680

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. Mail on this 26th day of January 2004 to:

Adam J. Cohen, Esq.
Sheila A. Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

_____
Bernard T. Kennedy