

FILED

2004 FEB -4  P 4: 49

DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | |
| Plaintiff, | CIVIL ACTION<br>NO. 302CV1754 (CFD) |
| VS. | |
| BMW FINANCIAL SERVICES, N.A. | February 2, 2004 |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### AND TO CONSOLIDATE BRIEFING

Defendant BMW Financial Services NA, LLC ("Defendant") requests an extension of time through and including March 1, 2004 within which to submit the following:

(a) Defendant's Reply in support of Defendant's Motion for Summary Judgment, currently due February 6, 2004;

(b) Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment, currently due on February 17, 2004; and

(c) Defendant's Objection to Plaintiff's Motion to Strike Affidavit, currently due on February 17, 2004.

Defendant seeks these extensions of time (of 24 days, 13 days, and 13 days, respectively) because the issues raised in each submission will involve substantially similar, if not virtually identical, issues, and additional time will be necessary to appropriately prepare these responsive filings.

For related reasons, Defendant also requests the permission of this Court to consolidate its Reply for Summary Judgment with its Opposition to Plaintiff's cross-motion for Summary Judgment. The very significant overlap in the issues to be addressed would make it beneficial and practical for the parties and this Court alike for this to be permitted, especially since Plaintiff consolidated his Opposition to Summary Judgment with his Memorandum in support of his Cross-Motion.

In addition, Defendant was not aware that Plaintiff had filed his Opposition and Cross-Motion papers (filed with the Court on January 27, 2004) until January 30, 2004, and did not actually receive them from Plaintiff until February 2, 2004.

Defendant represents that this is its first request for an extension of time for these submissions. Defendant also represents that it asked Plaintiff for his position as to the extension of time on January 30, 2004, and that Plaintiff notified Defendant of its refusal to consent to the same on February 2, 2004.

WHEREFORE, Defendant hereby requests permission to submit its Objection to Motion to Strike, and a consolidated Memorandum in Reply and Opposition to Cross-Motion, on or before March 1, 2004.

THE DEFENDANT
BMW FINANCIAL SERVICES, N.A.

By: _____
Sheila A. Denton (ct 11436)
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone (203) 330-2000
Facsimile (203) 576-8888
Its Attorneys

## CERTIFICATION

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to each attorney of record and to all pro se parties of record as follows:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street
Branford, CT  06405
Telephone:  (203) 481-1322


20 Yacht Club Drive #214
North Palm Beach, FL  33408
Telephone: (561) 776-6335


**The Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT  06405
Telephone:  (203) 481-4040

_____
Adam J. Cohen, Esq.

BPRT/56275.5/AJC/506059v1