*handwritten: 62*   *handwritten: 02 Ren g'd mext time*

FILED

2004 FEB -4  P 4: 49

DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| MICHAEL W. KENNEDY, | * |
| Plaintiff, | * CIVIL ACTION<br>NO. 302CV1754 (CFD) |
| | * *Cam* |
| VS. | * |
| BMW FINANCIAL SERVICES, N.A. | * February 2, 2004 |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### AND TO CONSOLIDATE BRIEFING

Defendant BMW Financial Services NA, LLC ("Defendant") requests an extension of time through and including March 1, 2004 within which to submit the following:

(a) Defendant's Reply in support of Defendant's Motion for Summary Judgment, currently due February 6, 2004;

*handwritten margin note: Granted. So ordered. /s/ CFD 2/9/04*