UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | \* |
| Plaintiff, | \*   CIVIL ACTION<br>NO. 3:02cv1754 (CFD) |
| VS. | \* |
| BMW FINANCIAL SERVICES, N.A. | \* |
| Defendant | \*   FEBRUARY 12, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   \*

### MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel on behalf of BMW Financial Services, N.A. (hereinafter "BMW"). This motion is made pursuant to Local Rule 7(e) seeking an order authorizing my withdrawal of appearance as counsel on behalf of BMW. The basis for withdrawal is that as of March 1, 2004, I will no longer be practicing law with the firm of Pullman & Comley, LLC which firm presently serves and which will continue to serve as counsel to BMW as the appearance of Adam J. Cohen of Pullman & Comley, LLC is on file.

**WHEREFORE,** Sheila Anne Denton respectfully requests this Court enter an order permitting the withdrawal of her appearance as counsel to BMW in this matter and for such other relief this Court deems just and proper.

THE DEFENDANT
BMW FINANCIAL SERVICES N.A.

By: _____
Sheila A. Denton (ct 11436)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone (203) 330-2000

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street, Suite 301
Branford, CT 06405
Telephone: (203) 481-1322

20 Yacht Club Drive #214
North Palm Beach, FL 33408
Telephone: (561) 776-6335

**The Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT 06405
Telephone: (203) 481-4040

_____
Sheila A. Denton

BPRT/56275.5/SXD/507083v1