UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | \* |
| | CIVIL ACTION |
| Plaintiff,      \* | NO. 3:02cv1754 (CFD) |
| VS.      \* | |
| BMW FINANCIAL SERVICES, N.A.      \* | |
| | FEBRUARY 24, 2004 |
| Defendant      \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

## SUPPLEMENTAL APPENDICES

**Exhibit 12: Supplement to Appendix of Authorities 1-11 for Defendant's Motion for Summary Judgment**

12 C.F.R. Pt. 213, Supp. I, App. A-2 (from Official Staff Commentary for "Regulation M")

**Exhibit K: Supplement to Appendix of Evidentiary Exhibits A-J for Defendant's Motion for Summary Judgment**

Affidavit of Adam J. Cohen, Esq. and Excerpts from Transcript of Deposition of Armando Macias on behalf of BMW Financial Services NA, LLC

EXHIBIT  12

12 CFR Pt. 213, App. A                                                                         **Page 1**
12 C.F.R. Pt. 213, App. A

CODE OF FEDERAL REGULATIONS
TITLE 12--BANKS AND BANKING
CHAPTER II--FEDERAL RESERVE SYSTEM
SUBCHAPTER A--BOARD OF GOVERNORS
OF THE FEDERAL RESERVE SYSTEM
PART 213--CONSUMER LEASING
(REGULATION M)
Current through January 30, 2004; 69 FR 4557

Appendix A to Part 213--Model Forms

A-1 Model Open-End or Finance Vehicle Lease Disclosures

A-2 Model Closed-End or Net Vehicle Lease Disclosures

A-3 Model Furniture Lease Disclosures

    Image 1 (8.5 X 6.5)  Available for Offline Print

    Image 2 (8.5 X 6.5)  Available for Offline Print

    Image 3 (8.5 X 6.5)  Available for Offline Print

    Image 4 (7.25 X 7)  Available for Offline Print

    Image 5 (8.5 X 6.5)  Available for Offline Print

    Image 6 (2.75 X 7)  Available for Offline Print

[62 FR 15368, April 1, 1997; 63 FR 52109, Sept. 29, 1998]

    &lt;General Materials (GM) - References, Annotations, or Tables&gt;

12 C. F. R. Pt. 213, App. A

12 CFR Pt. 213, App. A

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

Appendix A-2 Model Closed-End or Net Vehicle Lease Disclosures

# Federal Consumer Leasing Act Disclosures

Date _____

Lessor(s) _____    Lessee(s) _____

| Amount Due at Lease Signing or Delivery (Itemized below)* $ _____ | Monthly Payments  Your first monthly payment of $ _____ is due on _____, followed by _____ payments of $ _____ due on the _____ of each month. The total of your monthly payments is $ _____ | Other Charges (not part of your monthly payment)  Disposition fee (if you do not purchase the vehicle)  $ _____  Total $ _____ | Total of Payments (The amount you will have paid by the end of the lease)  $ _____ |

### Itemization of Amount Due at Lease Signing or Delivery

Amount Due At Lease Signing or Delivery:

- Capitalized cost reduction $ _____
- First monthly payment _____
- Refundable security deposit _____
- Title fees _____
- Registration fees _____

Total $ _____

How the Amount Due at Lease Signing or Delivery will be paid:

- Net trade-in allowance $ _____
- Rebates and noncash credits _____
- Amount to be paid in cash _____

Total $ _____

### Your monthly payment is determined as shown below:

Gross capitalized cost. The agreed upon value of the vehicle ($ _____) and any items you pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) ................................................. $ _____

  If you want an itemization of this amount, please check this box. ☐

Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the gross capitalized cost .................................................................................... − _____

Adjusted capitalized cost. The amount used in calculating your base monthly payment ...................... = _____

Residual value. The value of the vehicle at the end of the lease used in calculating your base monthly payment ............. − _____

Depreciation and any amortized amounts. The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term ............................................................... = _____

Rent charge. The amount charged in addition to the depreciation and any amortized amounts .................. + _____

Total of base monthly payments. The depreciation and any amortized amounts plus the rent charge ........... = _____

Lease payments. The number of payments in your lease ............................................................ ÷ _____

Base monthly payment ............................................................................................ = _____

Monthly sales/use tax ............................................................................................ + _____

_____

Total monthly payment ............................................................................................ = $ _____

**Early Termination. You may have to pay a substantial charge if you end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.**

Excessive Wear and Use. You may be charged for excessive wear based on our standards for normal use [and for mileage in excess of _____ miles per year at the rate of _____ per mile].

Purchase Option at End of Lease Term. [You have an option to purchase the vehicle at the end of the lease term for $ _____ [and a purchase option fee of $ _____].] [You do not have an option to purchase the vehicle at the end of the lease term.]

Other Important Terms. See your lease documents for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

EXHIBIT 

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

MICHAEL W. KENNEDY,                             \*
                                                    CIVIL ACTION
              Plaintiff,       \*   NO. 3:02cv1754 (CFD)

VS.                                             \*

BMW FINANCIAL SERVICES, N.A.                    \*
                                                    FEBRUARY 24, 2004
              Defendant        \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### AFFIDAVIT OF ADAM J. COHEN

I, Adam J. Cohen, being duly sworn, hereby depose and say:

    1)    I am over the age of eighteen years, believe in the obligations of an oath or affirmation, and make this statement upon my personal knowledge.

    2)    I am an associate with Pullman & Comley, LLC, and counsel for BMW Financial Services NA, LLC ("BMW FS"), the defendant in this action.

    3)    On or about December 16, 2003, I attended the deposition of Armando Macias in my office taken before Del Vecchio Shorthand Reporters. The documents submitted with BMW FS's Consolidated Reply in Support of its Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment as Exhibit K are true and correct copies of the cover,

certification, and pages 11, 15, 36, 66-70, and 84 of the transcript of that deposition which I received from Del Vecchio Shorthand Reporters on December 24, 2003.

_____
ADAM J. COHEN

STATE OF CONNECTICUT    )
                        )    ss: Bridgeport
COUNTY OF FAIRFIELD     )

Subscribed and sworn to before me this the 24th day of February, 2004.

BPRT/56275.5/AJC/506280v1

_____
Toni Valentin
Notary Public

TONI VALENTIN
*Notary Public*
My Commission Expires July 31, 2005

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CIVIL ACTION NO. 3:02 CV 1754(CFD)

- - - - - - - - - - - - - - - - - -X
MICHAEL W. KENNEDY,                :
              PLAINTIFF            :
                                   :
VS                                 :
                                   :
BMW FINANCIAL SERVICES, N.A.,      :
LLC,                               :
              DEFENDANT            :
- - - - - - - - - - - - - - - - - -X

COPY

     Deposition of ARMANDO ESPARZA MACIAS taken at the offices of Pullman & Comley, 850 Main Street, P.O. Box 7006, Bridgeport, Connecticut 06601-7006, before San Edwards, RPR, LSR, Connecticut License No. 0057, a Professional Shorthand Reporter and Notary Public, in and for the State of Connecticut on December 16, 2003, at 10:13 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
203 245-9583

STAMFORD                                    HARTFORD

```
 1  dealers that are leasing BMWs in which the lease is

 2  then going to be assigned to BMW Financial, the

 3  defendant in this case?

 4       A    Uh-huh.

 5       Q    Is that correct?

 6       A    Could you repeat that.

 7       Q    The documents are made up for the dealers

 8  that are going to lease BMWs and the financing for

 9  the -- or the leasing of that particular vehicle

10  will be assigned to BMW Financial?

11            MR. COHEN:  I object to the form of

12            the question.

13            You can answer it if you

14            understood.

15       A    I think I understand what you're

16  asking.

17            MR. COHEN:  Maybe you will rephrase

18            the question.

19            MR. KENNEDY:  Well, let's give him an

20            opportunity first.

21            MR. COHEN:  All right.

22       A    Could you ask the question one more

23  time.

24  BY MR. KENNEDY:

25       Q    Sure.  What is the purpose of sending the
```

```
 1  lessees, Michael C. and Michael P. Iannuzzi?
 2       A    That probably would have been when a
 3  credit -- a credit application was submitted to
 4  BMW Financial Services.
 5       Q    Is a credit application always required by
 6  BMW prior to a lease being signed that BMW will have
 7  assigned to it?
 8       A    No.
 9       Q    I mean, what circumstances would it not
10  require a credit application?
11       A    It's not that we don't require a credit
12  application.  The timing of that approval is up to
13  the dealer.  The dealer would normally do it before
14  entering into the lease agreement, but that timing
15  is up to them, not BMW Financial Services.
16       Q    I'm not sure I completely understand
17  you.  But I'll ask another question and see if I get
18  to where I want to be.
19            Does BMW require a credit application
20  before there's an assignment of a lease?
21       A    Yes.
22       Q    So you're saying it's a -- if I understand
23  you right, it's up to the dealer at what stage in
24  the transaction he -- he the dealer -- prepares a
25  credit application, but a credit application has to
```

```
 1              MR. KENNEDY:  Plaintiff reserves the
 2         right to file a motion to compel as the
 3         deponent's unable to answer the
 4         information set forth in Plaintiff's
 5         Exhibit No. 1, the Notice of
 6         Deposition.
 7  BY MR. KENNEDY:
 8      Q    How would the dealer know to charge
 9  $480?
10      A    BMW Financial Services publishes a minimum
11  and maximum acquisition fees.
12      Q    Does BMW see the information that was
13  imprinted, typed in, computer-generated on
14  Plaintiff's Exhibit 2, the lease, prior to the
15  consumer signing it?
16      A    Would you repeat that.
17              (THEREUPON, THE REFERRED-TO QUESTION
18         WAS READ BACK.)
19      A    No.
20  BY MR. KENNEDY:
21      Q    Is it a situation that the dealers are
22  trained how to properly prepare a lease from the
23  documents and pamphlets that had been provided to
24  them by BMW, that there's a trust in the
25  industry, a trust between this particular dealer and
```

1  auction, they did an inspection. That's where we
2  got the mileage from, the inspection report that was
3  prepared by an agent of the auction used.
4       Q    Okay. You also testified earlier
5  that -- you said a number of times throughout the
6  deposition that BMW has certain guidelines, it has
7  parameters, it requires certain things. Or that it
8  has manuals or makes information available for
9  instructions on how to fill out its forms.
10          Do you remember talking about that?
11      A    Yes.
12      Q    Just to clarify, when you were talking
13 about all those things, do you -- does BMW Financial
14 actually require dealers to do that in all their
15 transactions?
16          Or was it that or the parameter -- those
17 are the parameters of guidelines -- I'm sorry.
18 Strike that.
19          Do you require dealers do that in all
20 instances or are those simply a list of requirements
21 that BMW would have in order to assume -- oh, I'm
22 sorry, to be the assignee of a lease?
23      A    Those are the -- those are the
24 requirements in order for us to accept assignment of
25 that lease.

1  Q    Okay. So if a dealer -- so dealers are
2  free to not follow those guideline if they want
3  to, but the only ramification of that would be
4  BMW Financial wouldn't accept the lease for
5  assignment?
6  A    Other financial companies that would
7  finance those leases may have different
8  requirements.
9  Q    Okay. You also mentioned a 24-hour gap
10 between the date that the lease was signed and what
11 appeared to be the deadline for the very first
12 payment.
13 A    Correct.
14 Q    A day -- it looked like it said a day
15 later and you said that that seemed to be a
16 mistake.
17      What did you mean when you said that
18 seemed to be a mistake, that that lease was accepted
19 by BMW Financial?
20 A    We, BMW Financial Services --
21 Q    I can clarify the question.
22 A    Yeah. Can you -- can you repeat that one
23 more time.
24 Q    Did you mean that it normally would not be
25 within your guideline to require such a tiny amount

```
 1  of time?
 2      A    It's not that it's --
 3      Q    Do your guidelines require a 24-hour or
 4  less window between the dates of the lease and the
 5  date the first payment is due?
 6      A    The first payment is due at signing.
 7      Q    Okay.
 8      A    The second payment is normally due 30 days
 9  after that.  If the dealer and the customer agreed
10  to something different, a shorter period, it's not
11  standard practice.  But it's not prohibited
12  either.
13      Q    Okay.  So the customer and the dealer can
14  negotiate the timing of that second payment for
15  whenever they want and BMW Financial doesn't have
16  any rules saying it has to be 24 hours or any fixed
17  amount of time?
18      A    Not that I'm aware of.
19      Q    But 30 -- but 30 days is standard?
20      A    Yes.
21      Q    Okay.  Attorney Kennedy also asked you to
22  compare Exhibit 2 to Exhibit 13.
23           And why don't -- you have the documents in
24  front of you still.
25           Now, at one point he had asked you to
```

```
 1  compare the mileage between Exhibit 2 and
 2  Exhibit 13.  And he then asked if BMW Financial
 3  actually did compare Exhibit 2 to Exhibit 13.
 4          My question is the document that's marked
 5  as Exhibit 13, did BMW Financial have that document
 6  in its possession at any time before this litigation
 7  began?
 8      A   Not this version of the document.
 9      Q   Okay.  Would you consider this version of
10  the document an assigned document as part of the
11  funding package?
12      A   No.
13      Q   There was one other question that
14  Attorney Kennedy asked you about.
15          He said?  Do you review leases for
16  accuracy or at least did you review this lease for
17  accuracy?
18      A   Correct.
19      Q   And you -- and you said yes.
20          What did you mean when you said yes, that
21  you do review leases for accuracy or at least this
22  lease?
23      A   The accuracy, as far as the structure of
24  the lease, all the components to make sure they fall
25  within our guidelines.
```

1   Q   Okay. So what you -- what you meant by
2   accuracy was you reviewed it to ensure that it
3   complied with your guidelines?
4   A   Correct.
5   Q   Did you review this lease to ensure that
6   each of the charges filled in by the dealer were
7   accurate compared to, say, the DMV's charges?
8   A   No. Only the ones that are specific to
9   the structure of the lease.
10  Q   Okay. To comply with your
11  guidelines?
12  A   Correct.
13  Q   For accepting leases for assignment.
14      Is that correct?
15  A   That's correct.
16      MR. COHEN: Okay. I have no further
17      questions.
18      MR. KENNEDY: I have a couple now
19      that you bridged that.
20
21      REDIRECT EXAMINATION
22
23  BY MR. KENNEDY:
24  Q   Did BMW rely -- well, looking at
25  Exhibit 2 and Exhibit 13.

```
 1                    C E R T I F I C A T E

 2           I hereby certify that I am a Notary Public,

 3    in and for the State of Connecticut, duly

 4    commissioned and qualified to administer oaths.

 5           I further certify that the deponent named in

 6    the foregoing deposition was by me duly sworn, and

 7    thereupon testified as appears in the foregoing

 8    deposition; that said deposition was taken by me

 9    stenographically in the presence of counsel and

10    reduced to typewriting under my direction, and the

11    foregoing is a true and accurate transcript of the

12    testimony.

13           I further certify that I am neither of

14    counsel nor attorney to either of the parties to

15    said suit, nor am I an employee of either party to

16    said suit, nor of either counsel in said suit, nor

17    am I interested in the outcome of said cause.

18           Witness my hand and seal as Notary Public

19    this ____20th____ day of ___December___ , 2003.

20

21

22                   _____San Edwards_____

23                             San Edwards

24                             Notary Public

25    My commission expires:  11/30/2006
```