UNITED STATES DISTRICT COURY
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V.                                                      CIVIL ACTION NO.
                                                         3:02CV~~299~~ (CFD)
                                                         1754

BMW FINANCIAL SERVICES, N.A.

    Defendant.                                   JANUARY 26, 2004

### APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT TO LIABILITY

1. Rule 30 (b) (6) deposition of Armando Marcias representative for BMW Financial Services, N.A. ("BMW").

2. BMW's Motor Vehicle Lease Agreement dated April 30, 1999.

3. BMW's Consumer Credit Application.

4. BMW's Approval Notification (to lease vehicle).

5. BMW's Federal Odometer Disclosure Statement (Leased Vehicle).

6. Title from State of Connecticut, (ownership BMW).

7. BMW's Lease Financing Program Worksheet.

8. Driver license for Michael P. Iannuzzi.

9. Driver license for Michael C. Iannuzzi.

10. BMW lease computations.



11. Transfer of Interest and Assumption of Obligation under a Motor Vehicle Lease Agreement.

12. Affidavit of Armando Macias representative of BMW.

13. Application for Registration of Motor Vehicle of the State of Connecticut by applicant BMW.

14. BMW's Funding Package Checklist – Lease.

15. Contacts and/or information that BMW made in regard to this particular account.

16. Documents required completing an assumption of lease.

17. BMW Transaction Statement.

18. BMW letter dated August 21, 2002.

19. Affidavit of Michael W. Kennedy, plaintiff.

THE PLAINTIFF

BY _____
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-1322
Fed. Bar No. ct00680

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail on the 26th day of January 2004 to:

Adam J. Cohen, Esq.
Sheila Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

_____
Bernard T. Kennedy