1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CIVIL ACTION NO.  3:02 CV 1754(CFD)

- - - - - - - - - - - - - - - - -X
MICHAEL W. KENNEDY,                :
              PLAINTIFF            :
                                   :
VS                                 :
                                   :
BMW FINANCIAL SERVICES, N.A.,      :
LLC,                               :
              DEFENDANT            :

- - - - - - - - - - - - - - - - -X

Deposition of ARMANDO ESPARZA MACIAS taken at the offices of Pullman & Comley, 850 Main Street, P.O. Box 7006, Bridgeport, Connecticut  06601-7006, before San Edwards, RPR, LSR, Connecticut License No. 0057, a Professional Shorthand Reporter and Notary Public, in and for the State of Connecticut on December 16, 2003, at 10:13 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
203 245-9583

STAMFORD                                          HARTFORD

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFF:

BERNARD T. KENNEDY, ESQ.
ATTORNEY AT LAW
49 Rose Street
Suite 301
Branford, Connecticut   06405


ON BEHALF OF THE DEFENDANT:

ADAM J. COHEN, ESQ.
PULLMAN & COMLEY
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut   06601-7006

9

1  remarketing manager, a floor plan administration
2  manager, and my current position as an operations
3  support manager.
4      Q    What do you do as an operations support
5  manager?
6      A    I'm responsible for all the titles coming
7  in and out of our facility. I am responsible for
8  the file room, mail room and our imaging
9  process.
10           MR. KENNEDY:  Can you mark that for
11      me, please.
12           (THEREUPON, PLAINTIFF'S EXHIBIT
13           NO. 2, LEASE AGREEMENT, WAS MARKED
14           FOR IDENTIFICATION.)
15      A    Can I clarify something?
16           I may have seen this document. Like I
17  said, I've seen a lot of legal documents. This may
18  or may not have been one of the ones I've seen. I'm
19  not sure.
20           MR. COHEN:  Just for the record,
21      we're referring to Plaintiff's
22      Exhibit 1.
23  BY MR. KENNEDY:
24      Q    Show you Plaintiff's Exhibit 2.
25           Are you familiar with that document?

Del Vecchio Reporting
(203) 245-9583

10

1    A    Yes, I am.

2    Q    Are you familiar with it as filled in or
3 familiar with it as if it was in blank, the document
4 itself?

5    A    I'm familiar with the form of the --

6    Q    The form of the document?

7    A    Correct.

8    Q    And who prints up the forms of these
9 documents?

10   A    We have a -- I believe we have a vendor
11 that prints them up.

12   Q    And they are printed up for BMW?

13   A    They are printed up at BMW's request for
14 our retailers or our dealers.

15   Q    And, then, does BMW send the blank
16 documents to the dealers?

17   A    We have a fulfillment house where the
18 dealers would call to get supplies. And they pay
19 for those supplies.

20   Q    What do you mean by fulfillment
21 house?

22   A    It is a printer that we use where these
23 documents are readily available.

24   Q    Would the dealers -- and dealers meaning
25 dealers that are selling -- well, in this case,

1   blank lease document to the dealers?

2       A   So they will know -- they will use a form
3   that they already know is acceptable to us to be
4   assigned to us.

5       Q   Are they allowed to use any other form
6   that's acceptable to BMW Financial in the leasing of
7   an automobile?

8       A   I'm not -- I'm not sure. I know our
9   standard practice is to accept the documents that
10  are available at the fulfillment house.

11      Q   How, then, would the dealer know how to
12  fill in the lease document?

13      A   They would have work sheets. They
14  understand -- we have sales and marketing managers
15  that assist them in understanding what we expect to
16  have, how we expect them to be completed. And we
17  also have a retailer communications center where the
18  dealers can call in if they have any questions on
19  completing any of these documents.

20      Q   One of the items that I note on line 12 is
21  that it is a preprinted rate of 20 cents per
22  mile. And that 20, what is that 20 cents per mile
23  mean?

24      A   That is an excess wear and tear charge for
25  any miles over and above what the lease is

13

1   contracted for.
2       Q    And that 20 cents per mile is something
3   that's controlled by BMW Financial?
4       A    That is part of our program.
5       Q    Would that be a yes?
6       A    I'm -- I'm assuming yes.
7       Q    And in paragraph 21 of early termination
8   of the lease, was that paragraph prepared by BMW
9   Financial?
10      A    Our in-house counsel from time to time
11  revises these documents.  And I would say yes.
12      Q    And is the in-house counsel employed by
13  BMW Financial Services?
14      A    Yes.
15      Q    And there's also preprinted in paragraph
16  number eight, a disposition fee, $350.
17           Do you see that?
18      A    Yes.
19      Q    What is a disposition fee?
20      A    It's a fee charged to a customer when they
21  choose to turn in the vehicle to cover our costs of
22  transporting that vehicle to auction and in selling
23  it at the auction.
24      Q    And as preprinted fee, it's a fee that
25  BMW Financial Services has set when they sent out

14

```
 1   this -- that particular blank lease to the
 2   dealer, Herb Chambers?
 3        A    It is part of the program, but it can be
 4   waived under certain circumstances.
 5        Q    What circumstances might it be
 6   waived?
 7        A    When a customer leases another BMW and has
 8   an assigned BMW Financial Services.
 9        Q    But there is no information on that blank
10   lease that says that it may be waived, though, does
11   it?
12        A    No.
13        Q    And it was BMW Financial that requested
14   that $350 be imprinted on to that lease?
15        A    We are -- could you repeat that one more
16   time.
17        Q    Would you read the question back,
18   please.
19                  (THEREUPON, THE REFERRED TO QUESTION
20                  WAS READ BACK.)
21        A    Yes.
22   BY MR. KENNEDY:
23        Q    When did BMW first become aware that there
24   was a lease to be signed or a lease that was going
25   to be possibly signed with the original
```

Del Vecchio Reporting
(203) 245-9583

16

1  be prepared before there's going to be a lease
2  assignment and sent to BMW Financial for
3  approval?
4      A    Would you repeat that one more time.
5           MR. KENNEDY:  Would you read it
6           back.
7           (THEREUPON, THE REFERRED-TO QUESTION
8           WAS READ BACK.)
9      A    When a customer is at the dealership and
10 signs a lease, BMW Financial Services doesn't know
11 or participate in that.  In other words, for a
12 dealer to assign a lease to us, a primary requisite
13 would be that we have already approved that
14 customer's credit and then, secondarily, that we
15 receive the lease assigned to us with some other
16 backup documentation.
17 BY MR. KENNEDY:
18     Q    But somewhere in the stage of the
19 transaction, BMW's going to require a credit
20 application.
21          Is that true?
22     A    Yes.
23     Q    And did they receive a credit application
24 in the case of the original lessees?
25     A    Yes, I believe so.  I don't think the

Del Vecchio Reporting
(203) 245-9583

17

```
 1  contract would have been funded or the lease would
 2  have been funded otherwise.
 3      Q   And is a credit application prepared on a
 4  credit -- is the credit information prepared on a
 5  credit application supplied by BMW?
 6      A   Yes.
 7              (THEREUPON, THERE WAS A DISCUSSION
 8              OFF THE RECORD.)
 9              (THEREUPON, PLAINTIFF'S EXHIBIT
10              NO. 3, CREDIT APPLICATION, WAS MARKED
11              FOR IDENTIFICATION.)
12  BY MR. KENNEDY:
13      Q   Showing you Plaintiff's Exhibit No.
14  3.
15          What is that document?
16      A   This is our credit application.
17      Q   And are those credit applications sent by
18  BMW to the dealers?
19      A   They are available on our InfoBahn system
20  which is an electronic system.  They can print them
21  off of there.
22      Q   Is it fair to say that the dealer, it's
23  mandatory for the dealers to use BMW credit
24  applications?
25      A   I don't know if it's mandatory.  I know it
```

18

1  is easier for them.
2      Q    And, then, the dealer has access to get it
3  through BMW Financial Services?
4      A    That's correct.
5      Q    Okay.  Does BMW have any guidelines,
6  pamphlets, information, instructions sent to the
7  dealers how to prepare credit applications?
8      A    We have a manual that is updated regularly
9  to help the dealers in all facets of preparing
10 documents for -- for BMW Financial Service.
11     Q    Including credit applications?
12     A    I don't know how much specific information
13 is in the -- for the credit applications, but I'm
14 sure there would be some mention of it in
15 there.
16     Q    Once BMW has received the credit
17 application, it then acts upon the credit
18 application.
19          Is that correct?
20     A    Our credit department would receive it and
21 review it.
22     Q    And the credit application -- BMW
23 Financial has standards whether they will approve or
24 disapprove of the lessee's credit?
25     A    That's correct.

```
 1              (THEREUPON, THE REFERRED-TO QUESTION
 2              WAS READ BACK.)
 3       A     We would -- the next action would be
 4  receipt of what we would call a funding
 5  package, which would include --
 6  BY MR. KENNEDY:
 7       Q     Which would include what?
 8       A     A lease agreement assigned to BMW
 9  Financial Services, a copy of an approval
10  notification, a copy of a credit application.  Those
11  are the key documents.  And some other
12  documents.
13       Q     What other documents?
14       A     Usually, we request some type of
15  verification that, in a lease transaction, that we
16  will be listed as the owner.
17       Q     At what stage does B -- in the transaction
18  does BMW buy the vehicle?
19       A     I don't know the technicalities of
20  it, but I would assume that is when we pay the
21  dealer for the lease and take assignment of it.
22       Q     Do you know when they paid the dealer in
23  this transaction?
24       A     I don't know the exact date.  It would be
25  in -- there would -- I don't know the exact
```

1   date.

2   Q   Would it be within ten days of receiving
3   the documents?

4   A   It's normally within -- it's normally the
5   same day we receive the documents.

6   Q   Who determines the public liability
7   insurance to be carried by the lessee?

8        MR. COHEN:  I'm going to object to
9        the form of the question.  It just doesn't
10       seem relevant to these proceedings at
11       all, but the witness can answer if he
12       knows the answer.

13  A   As an owner of the vehicle, BMW
14  Financial Services sets the guidelines for the
15  amount of the liability policies.

16  BY MR. KENNEDY:

17  Q   And who determines whether there's excess
18  wear and use of the vehicle when an automobile is
19  turned in?

20  A   That's normally a process where the
21  customer and the third-party inspection agency
22  reviewed the vehicle and agree to any excess wear
23  and tear.

24  Q   Who sets the standards for excess wear and
25  tear, though?

```
 1  BY MR. KENNEDY:
 2       Q    Do you know what money factor is in a
 3  lease?
 4       A    Generally.  Not in detail.
 5       Q    Who sets the money factor?
 6            Is it the dealer or BMW?
 7       A    The money factor is set so the    dealer
 8  -- the money factor is set so the dealer knows how
 9  much BMW Financial Services will pay for a lease
10  that it's assigned.
11            MR. KENNEDY:  Would you read back his
12            response.
13            (THEREUPON, THE REFERRED-TO ANSWER
14            WAS READ BACK.)
15  BY MR. KENNEDY:
16       Q    I don't understand that.  Would you
17  explain what you've said.
18       A    The dealers can mark up leases and we set
19  a money factor so the dealer knows what they can
20  expect to receive when they assign that lease to
21  us.
22       Q    The dealer can mark up the lease.
23            What do you mean the dealer can mark up
24  the lease?
25            Are you -- I'll stop there.
```

```
 1  figure to write on the lease for the residual
 2  value?
 3      A    To meet certain programs.  That's
 4  correct.
 5      Q    And when you say to meet certain
 6  programs, the dealer has to then compare to
 7  information that has already been supplied to them
 8  by BMW.
 9           Is that correct?
10      A    Can you say that one more time.
11               (THEREUPON, THE REFERRED-TO QUESTION
12               WAS READ BACK.)
13      A    What information are you referring
14  to?
15  BY MR. KENNEDY:
16      Q    Whatever -- you said BMW -- I believe you
17  said BMW supplies certain -- the residual has to do
18  with certain programs?
19      A    Correct.
20      Q    And what programs are you -- were you
21  speaking of?
22      A    We have various programs from time to
23  time, depending on market conditions that are
24  published to the dealers.
25      Q    And what do they contain?
```

```
1      A     They contain money factor rates and
2  residual percentages.
3      Q     All right.  And does the dealer --
4  then, for the dealer to put a residual value on this
5  particular lease, how did they -- how did the dealer
6  arrive at it?
7            What information was supplied to the
8  dealer by BMW for the dealer to reach the residual
9  value on this automobile?
10                 MR. COHEN:  I'm going to object to
11            the form of the question.
12                 Don't speculate on what the dealer
13            did or didn't do, unless you know.
14                 MR. KENNEDY:  I request that in the
15            future you do not make those comments to
16            your client.  They tend to give an
17            impression that you're leading him.
18                 MR. COHEN:  Noted.
19      A     Can you repeat the question.
20                 MR. KENNEDY:  Would you read it
21            back, please.
22                 (THEREUPON, THE REFERRED-TO QUESTION
23                 WAS READ BACK.)
24      A     I believe I've already answered that.
25
```

```
 1  BY MR. KENNEDY:
 2      Q    I perhaps didn't understand it.
 3           Would you mind responding to that specific
 4  question?
 5      A    BMW Financial Services regularly runs
 6  various programs for which we publish money factors
 7  and residuals.  Those the dealer, if they would like
 8  to assign leases to us, they use those bulletins to
 9  calculate the residuals.
10      Q    Thank you.
11           Who determines the depreciation that's on
12  the agreement, the lease agreement?
13      A    I'm not sure what you mean by who
14  determines the depreciation.
15      Q    Looking at paragraph number 11 of
16  Exhibit 2, line E, would you read what that says on
17  line E.
18      A    "Depreciation and any amortized
19  amounts.  The amount charged for the vehicle's
20  declining value through normal use and for other
21  items paid over the lease term."
22      Q    My question is, then, what information is
23  supplied to the dealer for the dealer to determine
24  the information to be put on line E or, in the
25  alternative, is that information provided directly
```

                                                                29

```
 1  to the dealer by BMW Financial?
 2              MR. COHEN:  I'm going to object to
 3          the form of the question.
 4      A   Can you read that back.
 5              (THEREUPON, THE REFERRED-TO QUESTION
 6              WAS READ BACK.)
 7      A   BMW Financial Services provides guidelines
 8  to the -- to the dealers so they know what we will
 9  accept on -- on a lease agreement.
10  BY MR. KENNEDY:
11      Q   And does BMW Financial provide information
12  to the dealers as guidelines to arrive at the base
13  monthly payment?
14      A   And before I answer that can we take a
15  break after this question just so you know.
16      Q   Certainly.
17      A   Can you repeat that.
18              (THEREUPON, THE REFERRED-TO QUESTION
19              WAS READ BACK.)
20      A   Repeat that one more time.  I'm
21  sorry.
22              (THEREUPON, THE REFERRED-TO QUESTION
23              WAS READ BACK.)
24      A   Yes.
25
```

                    Del Vecchio Reporting
                       (203) 245-9583