1  BY MR. KENNEDY:

2      Q    Okay.

3              MR. KENNEDY:  We'll take a

4          break.

5              How long would you like?

6              THE WITNESS:  Ten minutes,

7          maybe.

8              MR. COHEN:  That's fine.

9              MR. KENNEDY:  Sure.

10             (THEREUPON, THERE WAS A RECESS

11             TAKEN.)

12             (THEREUPON, THE REFERRED-TO QUESTION

13             WAS READ BACK.)

14  BY MR. KENNEDY:

15     Q    When a consumer makes a cap cost

16  reduction, is there a credit, then, given by BMW

17  when the lease is assigned for that $5,000?

18     A    I'm not a hundred percent sure how that

19  process works.  I don't want to give information

20  that's not correct.

21             MR. KENNEDY:  Plaintiff will reserve

22             the right to file a motion to compel as

23             the deponent is unable to discuss

24             information provided in the Notice of

25             Deposition.

                    Del Vecchio Reporting
                       (203) 245-9583

35

1   mean, who would have sent the -- I'll rephrase my

2   question.

3           Who would have sent the information to the

4   State of Connecticut?

5       A   That would have been the dealer.

6       Q   And if you would take a look at

7   Plaintiff's Exhibit No. 2 which is the lease and

8   look at line ten, "Itemization of amount due at

9   lease signing."

10          Do you see that?

11      A   Uh-huh.  Yes.

12      Q   And in number eight, what does that

13  acquisition fee mean?

14      A   That is a processing fee to enter into the

15  lease.

16      Q   And that's for $480?

17      A   That's what it says here.

18      Q   And who receives that money?

19      A   BMW Financial Services will receive all or

20  part of that.

21      Q   All or part of it?

22      A   Correct.

23      Q   Do you know if they received all or part

24  of that in this transaction?

25      A   No, I don't.

1   BMW?

2        A    We provide guidelines to the dealers.

3   They understand what we will accept in a lease that

4   is to be assigned to us.

5        Q    And did BMW accept assignment of this

6   lease?

7        A    Yes.

8        Q    Is it required by BMW that the consumer

9   have to send a photocopy of their licenses to BMW or

10  to the dealer and then the dealer send it on to

11  BMW?

12       A    Could you repeat the beginning of that

13  again.

14                 (THEREUPON, THE REFERRED-TO QUESTION

15                 WAS READ BACK.)

16       A    BMW Financial Services does require a copy

17  of the driver's license be provided with the funding

18  package.

19                 (THEREUPON, PLAINTIFF'S EXHIBIT

20                 NO. 7, LEASE FINANCING PROGRAM

21                 WORKSHEET, WAS MARKED FOR

22                 IDENTIFICATION.)

23

24

25

Del Vecchio Reporting
(203) 245-9583

38

```
 1              (THEREUPON, PLAINTIFF'S EXHIBIT

 2              NO. 8, PHOTOCOPY OF DRIVER'S

 3              LICENSE, WAS MARKED FOR

 4              IDENTIFICATION.)

 5              (THEREUPON, PLAINTIFF'S EXHIBIT

 6              NO. 9, PHOTOCOPY OF DRIVER'S

 7              LICENSE, WAS MARKED FOR

 8              IDENTIFICATION.)

 9   BY MR. KENNEDY:

10      Q    I'm going to show you Exhibit Nos. 8 and 9

11   which are photocopies of the Iannuzzis' driver's

12   licenses who were the original lessees and those

13   documents came to me in my discovery through

14   BMW.

15              And is that the information that BMW

16   requires in their funding package, those

17   licenses?

18      A    Are you talking specifically about

19   this --

20      Q    Yes.  Or if it would be easier to

21   answer -- would it be easier for you to respond in

22   general as opposed to specific?

23      A    Yes.

24      Q    Okay.

25      A    Yes.
```

1    Q   Okay.  Thank you.

2         Now, I'll show you Plaintiff's

3  Exhibit No. 7.

4         Can you tell me what that is?

5    A   That is lease financing program work sheet

6  and it is provided to the dealers so they understand

7  how to complete a lease agreement that would be

8  acceptable to BMW Financial Services.

9    Q   So the work sheet is provided to the

10  dealer by BMW Financial Services.  And the

11  information that's -- the specific information

12  that's filled in on the form, who fills that

13  in?

14    A   The dealer does that.

15    Q   Okay.  Thank you.

16    A   Uh-huh.

17         MR. KENNEDY:  Here, would you mark

18         that, please.

19           (THEREUPON, PLAINTIFF'S EXHIBIT

20           NO. 10, BILL OF SALE, WAS MARKED FOR

21           IDENTIFICATION.)

22  BY MR. KENNEDY:

23    Q   Showing you Plaintiff's Exhibit No.

24  10.

25         What is that document?

41

1   only way I think I can answer you is that at a

2   certain point in the transaction, BMW Financial

3   Services would be made owner of the vehicle.

4   BY MR. KENNEDY:

5       Q    I'm not sure that I understand that

6   statement, at a certain point that BMW would be made

7   the owner of the vehicle.

8       A    Part or our dealer agreement requires the

9   dealers to title the vehicle in our name.  And at

10  what point they do that may vary from dealer to

11  dealer.

12      Q    So is it fair to say that once the

13  consumer signed the lease --

14      A    Uh-huh.

15      Q    -- BMW has received a credit ap and given

16  approval and notified the dealer, the dealer bills

17  out the paperwork and transfers the automobile to

18  BMW that the transaction is completed?

19      A    The lease transaction.

20      Q    The lease transaction?

21      A    Yes.

22      Q    Is it fair to say that the dealer runs no

23  risk in the transaction if he follows the steps of

24  BMW --

25                  MR. COHEN:  Objection to the form of

Del Vecchio Reporting
(203) 245-9583

42

```
 1              the question.
 2   BY MR. KENNEDY:
 3       Q    -- as provided?
 4              MR. COHEN:  Objection to the form of
 5              the question.
 6              You can answer if you understand what
 7              he asked.
 8       A    If the paperwork that is received by BMW
 9   financial services meets our guidelines and there's
10   no fraud involved, the dealer can safely assume that
11   we will purchase that vehicle and -- and pay
12   them.
13   BY MR. KENNEDY:
14       Q    At some point in time -- well, I
15   have -- I have one more question on the lease.  If
16   you will take a look at Exhibit No. 2, does
17   BMW, after they receive the lease and they must
18   receive an original of the lease.
19              Is that correct?
20       A    That's correct.
21       Q    Do they review that lease for
22   accuracy?
23       A    Yes.
24       Q    If you look at -- two things I want you to
25   look at, one is paragraph number four, "Agreement to
```

1     A     Yes.

2     Q     What was the -- does that mean that the

3  payment, the following payment was due on May

4  1, '99?

5     A     That's what it appears to say.

6     Q     Is that what it means?

7           But that's what it says?

8     A     Yes.  That's what it says.

9     Q     And what would be the term of the

10 lease?

11          Thirty-six months.

12          Is that correct?

13    A     Yes.

14    Q     And do you always pay 30 days in

15 advance?

16    A     I'm not sure I understand that

17 question.

18    Q     Oh, well, the date of the lease was

19 4/30/99, and they took the first payment on the same

20 date?

21    A     Correct.

22    Q     And, then, each subsequent month

23 thereafter, normally, a person pays in advance?

24    A     That's correct.

25    Q     But in this particular lease, the money

47

```
1     was due, another payment was due 24 hours

2     later.

3              Is that the standard procedure?

4       A    No.

5       Q    It's not the standard procedure.

6              Would somebody have looked at this at BMW

7     and reviewed it?

8       A    Somebody should have looked at this and

9     reviewed it.

10      Q    Did somebody look at it and review

11    it?

12      A    I would have to assume that somebody did

13    look at it.

14      Q    And it was acceptable, then, to BMW that

15    way?

16      A    Given human error, it was accepted.

17      Q    But are you saying there was an

18    error?

19      A    It would appear that there are -- there is

20    a discrepancy here because normally we wouldn't

21    require a customer to make two payments within

22    24 hours.

23      Q    And at some point in time, this lease was

24    transferred by Iannuzzi to Michael Kennedy.

25              Is that correct?
```

49

1    Q    Now, was that a renegotiation of a

2    lease?

3    A    No.

4    Q    Was it an extension of a lease?

5    A    No.

6    Q    Was it an assumption of a lease?

7    A    Yes.

8    Q    Was it a modification of a lease?

9    A    No.

10   Q    Okay.  And then at some point in time the

11   lease terminated.

12        Is that correct?

13   A    Yes.

14   Q    And there was some charges that were

15   due.

16        Is that correct?

17   A    Uh-huh.  That's correct.

18   Q    By Michael Kennedy?

19        MR. KENNEDY:  Would you mark

20        that, please.

21        (THEREUPON, PLAINTIFF'S EXHIBIT

22        NO. 12, AFFIDAVIT, WAS MARKED FOR

23        IDENTIFICATION.)

24        MR. KENNEDY:  Thank you.

25

Del Vecchio Reporting
(203) 245-9583

56

```
 1              (THEREUPON, PLAINTIFF'S EXHIBIT

 2              NO. 14, FUNDING PACKAGE

 3              CHECKLIST, WAS MARKED FOR

 4              IDENTIFICATION.)

 5              MR. KENNEDY:   Thank you.

 6   BY MR. KENNEDY:

 7       Q    I show you Plaintiff's Exhibit No.

 8   14.  Can you tell me what that is?

 9       A    This is a funding package checklist that

10   our dealers use to ensure that when they provide us

11   with a package, they have everything that we would

12   require.

13       Q    And does BMW send that blank document or

14   make that blank document available to the

15   dealers?

16       A    Yes.

17       Q    I would -- I would like to save a little

18   time for you and let me -- let me just pass these to

19   you.  They are not marked yet as an exhibit and I

20   will do it and I will go through them individually

21   unless we can do it more expeditiously.

22              What I want to know is if -- I want to

23   know who produces these, if they are reliable and if

24   they are accurate.  And if you can answer those

25   questions we can then -- I'll just ask you those
```

Del Vecchio Reporting
(203) 245-9583

58

1              mark it.

2                    (THEREUPON, PLAINTIFF'S EXHIBIT

3                    NO. 15, REPORT, WAS MARKED FOR

4                    IDENTIFICATION.)

5    BY MR. KENNEDY:

6        Q    I show you Plaintiff's Exhibit No. 15

7    which there are several individual papers attached

8    to it.  If you can tell me what they are.

9        A    As a whole, this is a report that lists

10   all the contacts and/or information that BMW

11   Financial Services Associates made in regard to this

12   particular account.

13       Q    Okay.  And are those -- is the information

14   on each of those pages, are they accurate

15   information?

16       A    They are accurate in the sense that the

17   individual -- that the individuals believed them to

18   be accurate at the time they put these notes in the

19   system.  You know, given human nature, there --

20   there could be some errors in here, but without

21   reading through every single one I wouldn't say for

22   a fact that these are all absolutely accurate.

23       Q    If you read through them one at a

24   time, would you then know that they were

25   accurate?

59

1     A    Only based on what I know now I would be

2  able to say whether they were accurate or not.

3     Q    Some of them were telephone

4  conversations, dates, times?

5     A    Correct.

6     Q    I mean, is it -- is it --

7     A    I would feel confident that the dates and

8  times are accurate if that's what you're

9  asking.  As far as the content of the comments, I

10  could only assume that they are accurate.

11     Q    Okay.  And the only way we would know for

12  sure is to bring in each and every one of those

13  people.

14          They are kept in the ordinary course of

15  business.

16          Is that fair to say?

17     A    Correct.  Correct.

18     Q    Okay.  And there's a presumption

19  that, based on their training and experience, they

20  should be accurate?

21     A    They should be accurate.

22     Q    Okay.  Okay.  Let me see.  Let me see

23  that.  I think I've got it, but --

24          MR. KENNEDY:  I have no more further

25        questions.

61

1          (THEREUPON, THERE WAS A DISCUSSION

2          OFF THE RECORD.)

3          MR. COHEN:  Let's get you on the

4     phone and see if we could get some of the

5     information that you know of off the top

6     of your head.

7          THE WITNESS:  Okay.

8          MR. COHEN:  These are the things that

9     I think you could ask about according to

10    my notes.

11         (THERE IS AN INTERRUPTION.)

12         (THEREUPON, THERE WAS A DISCUSSION

13         OFF THE RECORD.)

14         MR. COHEN:  Why don't we go ahead on

15    the record and we'll just say what

16    we --

17         MR. KENNEDY:  Sure.  Go ahead.

18         THE WITNESS:  Okay.

19         MR. COHEN:  Hold on a second.  I just

20    want to say on the record what happened

21    during our break was that there were a

22    couple of questions that the witness has

23    conferred with other people at BMW

24    Financial to get some more complete

25    information and he wanted to supplement

Del Vecchio Reporting
(203) 245-9583

63

1   There are certain states where the -- even though

2   we're listed as the owner, the lessee is also listed

3   on the title and they require a federal odometer

4   statement in order to complete that assumption

5   transaction.

6   BY MR. KENNEDY:

7       Q    Okay.

8       A    How much of the acquisition fee went to

9   BMW in this case?

10           All $480 went to BMW Financial

11  Services.

12      Q    To go back to the one question back on the

13  odometer statement, is Connecticut one of those

14  states that --

15      A    I would have to find out.

16      Q    Don't.  It's okay.

17      A    Okay.

18      Q    It's okay.

19   .  A    And then the breakdown of all the charges

20  we should have that shortly.

21           MR. COHEN:  We have said off the

22           record that we were going to have that

23           faxed over to us and I will turn it over

24           to the counsel when it's available which

25           should be soon.