

# BMW Financial Services NA, Inc.
## Motor Vehicle Lease Agreement (Closed End)

| 1. LESSOR NAME AND ADDRESS | 2. LESSEE NAME (S) AND ADDRESS (ES) |
|---|---|
| HERB CHAMBERS 1186, INC.<br>1186 COMMONWEALTH AVE<br>BOSTON, MA 02134 | MICHAEL C IANNUZZI<br>MICHAEL P IANNUZZI<br>86 PINE ORCHARD ROAD<br>BRANFORD CT 06405 |

PLAINTIFF'S
EXHIBIT
2
12-16-03SE

**3. DATE OF LEASE** 04/30/99
**END OF LEASE DATE (LEASE TERM)** 01 MAY 2002

4. AGREEMENT TO LEASE. This Motor Vehicle Lease Agreement ("Lease") is entered into between the lessee(s) ("Lessee") and the lessor ("Lessor") named above. "You" and "your" refer to the Lessee(s). "We", "our" and "us" refers to the Lessor. "Vehicle" refers to the leased vehicle described below. You agree to lease the Vehicle from us according to the terms and conditions of this Lease. The consumer lease disclosures contained in this lease are also made on behalf of BMW Financial Services NA, Inc.

## 5. VEHICLE DESCRIPTIONS

A. LEASED VEHICLE    ☐ New ☐ Used ☐ Demo    Primary Use: ☐ Personal, Family or Household ☐ Commercial or Agricultural

| Model Year | Make | Model |
|---|---|---|
| 99 | BMW | BMW 328IC |

| Odometer Reading | Vehicle Identification No. |
|---|---|
| 25 | WBABK8339XEY91875 |

B. TRADE-IN VEHICLE

| Model Year | Make | Model | Payoff | Vehicle Identification No. |
|---|---|---|---|---|
| | | | N/A | |

## 6. AMOUNT DUE AT LEASE SIGNING OR DELIVERY

(Itemized in section 10 below)*

$ 6960.15

## 7. MONTHLY PAYMENTS

Your first Monthly Payment of $ 484.65 is due on 04/30/99, followed by 35 payments of $ 484.65 due on the 1ST of each month. The total of your Monthly Payments is $ 17447.40

## 8. OTHER CHARGES

(Not part of your Monthly Payment)

A. Disposition Fee (If you do not purchase the Vehicle at lease end) $ 350.00
B. _____ $ N/A
C. _____ $ N/A
Total $ 350.00

## 9. TOTAL OF PAYMENTS

(The amount you will have paid by the end of the Lease)

$ 23772.90

## 10. ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY

**A. AMOUNT DUE AT LEASE SIGNING OR DELIVERY.**

| | | |
|---|---|---|
| (1) Capitalized Cost Reduction | $ | 5000.00 |
| (2) First Monthly Payment | $ | 484.65 |
| (3) Refundable Security Deposit | $ | 500.00 |
| (4) Title Fees | $ | 50.00 |
| (5) Registration Fees | $ | 127.50 |
| (6) License Fees | $ | 18.00 |
| (7) Sales Tax on Capitalized Cost Reduction | $ | 300.00 |
| (8) ACQUISITION FEE | $ | 480.00 |
| TOTAL | $ | 6960.15 |

**B. HOW THE AMOUNT DUE AT LEASE SIGNING OR DELIVERY WILL BE PAID.**

| | | |
|---|---|---|
| (1) Net Trade-in Allowance | $ | N/A |
| (2) Rebates and Noncash Credits | $ | N/A |
| (3) Amount to be Paid in Cash | $ | 6960.15 |
| TOTAL | $ | 6960.15 |

## 11. YOUR MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW

A. Gross Capitalized Cost. The agreed upon value of the Vehicle ($ 44298.61 ) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance) ............... $ 44796.53
☐ If you want an itemization of this amount, please check this box.
B. Capitalized Cost Reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost ............... – $ 5000.00
C. Adjusted Capitalized Cost. The amount used in calculating your Base Monthly Payment. ............... = $ 39796.53
D. Residual Value. The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment ............... $ 30654.70
E. Depreciation and any Amortized Amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term ............... = $ 9241.83
F. Rent Charge. The amount charged in addition to the Depreciation and any Amortized Amounts ............... + $ 7518.09
G. Total of Base Monthly Payments. The Depreciation and any Amortized Amounts plus the Rent Charge. ............... = $ 16759.92
H. Lease Term. The number of months in your Lease ............... ÷ 36
I. Base Monthly Payment ............... = $ 467.20
J. Monthly Sales/Use Tax ............... + $ 27.45
K. _____ + $ N/A
L. _____ + $ N/A
M. Total Monthly Payment ............... = $ 484.65

> **Early Termination.** You may have to pay a substantial charge if you end this Lease early. **The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.**

12. Excessive Wear and Mileage. You will be charged for excessive wear based on our standards for normal use. You will be charged for mileage in excess of the total miles at the Lease Term of 36000 miles, at the rate of 20 cents per mile.

13. Purchase Option at End of Lease Term. You have an option to purchase the Vehicle at the end of the Lease Term for the Residual Value plus any official fees or taxes or other charges imposed in connection with this Lease and, or purchase.
Other Important Terms. See your Lease documents for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

14. **OFFICIAL FEES AND TAXES** The total estimated amount you will pay for official and license fees, registration, title and taxes over the Lease Term, whether included in the Monthly Payment or otherwise assessed. _____ 4105.73

## 15. MAINTENANCE AGREEMENT

You are not required to buy a maintenance agreement to enter into this Lease. You may buy a maintenance agreement to cover certain maintenance and repairs of the Vehicle, unless the Vehicle is automatically covered under the BMW Maintenance Program. The term of the coverage will be governed by the conditions in your maintenance agreement. If you want to buy this coverage, you have reviewed the terms of the agreement which describe the maintenance and repairs. If a copy of the maintenance agreement is not given to you at the time you enter into this Lease, you should request a copy from your provider.

Maintenance Company Name:_____

☐ You choose to buy a maintenance agreement for $_____ N/A _____ and pay for it during your Lease Term as part of the Monthly Payment. The amount you pay will incur Rent Charge.

☐ You choose to buy a maintenance agreement and pay for it as part of the Amount Due at Lease Signing or Delivery (Section 10 above).

Lessee Initials _____    Co-Lessee Initials _____

## 16. MECHANICAL BREAKDOWN PROTECTION (MBP)

You are not required to buy mechanical breakdown protection (MBP) to enter into this Lease. You may buy MBP to cover certain major mechanical breakdowns of the Vehicle and some related expenses. The term of the coverage will be governed by the conditions in your MBP agreement. If you want to buy this coverage, you have reviewed the terms of the MBP agreement. If a copy of the MBP agreement is not given to you at the time you enter into this Lease, you should request a copy from your provider.

MBP Company Name:_____

☐ You choose to buy MBP for $_____ N/A _____ and pay for it during your Lease Term as part of the Monthly Payment. The amount you pay will incur Rent Charge.

☐ You choose to buy MBP and pay for it as part of the Amount Due at Lease Signing or Delivery (Section 10 above).

Lessee Initials _____    Co-Lessee Initials _____

## 17. WARRANTIES

The Vehicle is subject to the standard manufacturer's warranty. The Vehicle is also covered by the following, if checked:

☐ Remainder of the standard manufacturer's warranty if the Vehicle is not a new vehicle.

☐ _____

LESSOR MAKES NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESSED OR IMPLIED AS TO THE VEHICLE OR ANY OF ITS PARTS OR ACCESSORIES. LESSOR MAKES NO WARRANTY OF MERCHANTABILITY OR FITNESS OF THE VEHICLE FOR ANY PARTICULAR PURPOSE OR ANY OTHER REPRESENTATION OR WARRANTY, UNLESS REQUIRED BY LAW. YOU ACKNOWLEDGE THAT YOU ARE LEASING THE VEHICLE FROM THE LESSOR "AS IS".

## 18. MILEAGE ALLOWANCE

36000  You agree this is the total allowed mileage for your Lease Term.

☐ If this box is marked, you purchased extra mileage over the standard allowance of 15,000 miles per year.

*Extra Mileage Refund at the Scheduled End of this Lease.* If you purchased extra mileage, you may receive a refund of ____ cents per unused mile for the number of unused miles less any amount you owe under this Lease. You will not receive a refund if the vehicle is destroyed or stolen, if you default or terminate this Lease early, if you exercise the purchase option or the refund is less than $1.

*Excess Mileage.* At the scheduled end of this Lease you must pay Lessor __20__ cents per mile for each mile in excess of _____.

## NOTICES

NO PHYSICAL DAMAGE OR LIABILITY INSURANCE COVERAGE FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS IS INCLUDED IN THIS LEASE.

NOTICE TO THE LESSEE: YOU HAVE NO OWNERSHIP RIGHTS IN THE VEHICLE UNLESS AND UNTIL YOU EXERCISE YOUR OPTION TO PURCHASE THE VEHICLE. DO NOT SIGN THIS LEASE BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES TO BE FILLED IN. YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THIS LEASE WHEN YOU SIGN IT. BY SIGNING THE LEASE, YOU ACKNOWLEDGE THAT YOU READ AND RECEIVED A COMPLETED COPY OF THIS LEASE BEFORE SIGNING IT.

## INDIVIDUAL LESSEE SIGNATURE(S)

Lessee's Signature X _____    Lessee's Signature X _____

## BUSINESS LESSEE SIGNATURE

■ Corporate    ■ Partnership    ■ LLC or LLP    ■ Sole Proprietorship

Lessee Business Name _____    Title, Signature of Authorized Representative X _____

## GUARANTY

I unconditionally guarantee the payment and performance by the Lessee of all promises contained in this Lease. Upon default, Lessor may proceed against me without first proceeding against the Lessee. My liability will be primary and will not be affected by any settlement, extension, renewal or modification of this Lease whether or not by operation of law. I waive all right to demands and presentments. I agree to pay all expenses (including attorney's fees and legal expenses) incurred by Lessor if Lessor has to enforce this Guaranty. My obligation under this Guaranty shall be joint and several if there is more than one guarantor.

Guarantor's Signature X _____    Guarantor's Signature X _____

## LESSOR'S ACCEPTANCE AND ASSIGNMENT

The authorized signature of Lessor indicates Lessor has accepted the terms, conditions and obligations of this Lease. Lessor hereby assigns to BMW Financial Services NA, Inc. all right, title and interest in the Vehicle. This Lease, including all amounts to become due under it, and any guaranty, are subject to the provisions of the Dealer Agreement between Lessor and BMW Financial Services NA, Inc. and the assignment section of this Lease.

Lessor Name _____    Signature of Authorized Representative X _____

2201 (10/97)

## ENDING YOUR LEASE

**19. PURCHASE OPTION.** You have an option to purchase the Vehicle AS-IS, WHERE-IS, if: (a) you give us 30 days advance written notice; and (b) you are not in default under this Lease. You agree to re-register and retitle the vehicle in your name at the time you purchase the Vehicle. If you fail to do so, we reserve the right to cancel the registration.

END OF LEASE TERM. If you purchase the Vehicle at the end of the Lease Term, you will pay us the Residual Value (Section 11.D) plus any official fees or taxes or other charges to satisfy your obligations under this Lease added in connection with the purchase.

PRIOR TO END OF LEASE TERM. If you purchase the Vehicle prior to the end of the Lease Term, you will pay us (i) the actuarial payoff; plus (ii) an early termination fee of $250.00; plus (iii) any unpaid Monthly Payments due; plus (iv) any official fees and taxes assessed or billed in the future, and any other charges to satisfy your obligation under this Lease.

**20. RETURN OF VEHICLE AND END OF LEASE TERM LIABILITY.** If you do not purchase the Vehicle, you must return it to the place we specify with all parts and accessories and in good working order. The Vehicle must have 5 serviceable tires with tread of at least 1/8", all of the same grade and quality as those delivered with the Vehicle. Upon return, you must sign a completed Vehicle Condition Report and Federal Odometer Statement, which we may use in determining whether there is excess wear and use and, or excess mileage. Your End of Lease Term Liability is: (a) the Disposition Fee (Section 8.A.); plus (b) any unpaid Monthly Payments due and any other amounts due under this Lease; plus (c) any excess mileage (Section 12, 18) and Excess Wear and Use charges (Section 31); plus (d) any official fees or taxes assessed or billed in connection with this Lease. You must pay us your End of Lease Term Liability when we bill you. If you fail to return the Vehicle, you must continue to pay an additional Monthly Payment for each month until the time you return the Vehicle. Payment of this amount will not allow you to keep the Vehicle or automatically extend this Lease. This Monthly Payment may differ from your scheduled Monthly Payment under the original terms of this Lease.

**21. EARLY TERMINATION OF THE LEASE.** You may terminate this Lease at any time if you are not in default (Section 34). If you do not purchase the Vehicle, you must return it to the place we specify with all parts and accessories and in good working order. The Vehicle must have 5 serviceable tires with tread of at least 1/8", all of the same grade and quality as those delivered with the Vehicle. Your Early Termination Liability is: (a) the Early Termination Cost (Section 22); plus (b) if we terminated this Lease because you are in default, all collection costs, and to the extent permitted by law, court costs and reasonable fees of attorneys who are not our salaried employees. You must pay us your Early Termination Liability when we bill you.

**22. EARLY TERMINATION COST.** For the purpose of figuring your Early Termination Liability (Section 21), the Early Termination Cost is: (a) any unpaid Monthly Payments due; plus (b) any official fees and taxes assessed or billed in connection with this Lease and any other charges to satisfy your obligation under this Lease, including repair charges, at termination; plus (c) an early termination fee of $250.00; plus (d) the Disposition Fee (Section 8.A); plus (e) the Actuarial Payoff; minus (f) the Estimated Value of the Vehicle (Section 23). You may be liable for any excess wear and use charges and excess mileage charges upon the return of your Vehicle which will be billed to you. Your actuarial payoff is the total of Base Monthly Payments remaining until the end of your Lease, plus the Residual Value, minus the unearned Rent Charges remaining until the end of your Lease. We compute Rent Charges based upon the actuarial method which means we earn our monthly Rent Charges during your Lease on a constant yield method based upon your declining Lease balance, assuming your Base Monthly Payments have been received on their scheduled due dates. We may use some or all of your security deposit to pay what you owe.

**23. ESTIMATED VALUE OF THE VEHICLE.** For the purpose of figuring your Early Termination Cost (Section 22), the Estimated Value of the Vehicle is the value in the current Black Book Wholesale Average Condition for your region. In the event Black Book does not quote such a value, the average wholesale trade-in value of the Vehicle as published in the current N.A.D.A. Official Used Car Guide Wholesale Average Condition for your region will be used to determine the Estimated Value of the Vehicle. If you disagree with the Estimated Value of the Vehicle, you may obtain, at your own expense within 10 days from the date the Vehicle is returned to us, from an independent third party agreeable to both you and us, a professional appraisal of the wholesale value of the Vehicle which could be realized at sale, which will then be final and binding upon you and us.

**24. INSURANCE-EARLY TERMINATION.** If the Vehicle has been stolen or destroyed, your Early Termination Liability is the amount of any proceeds of your total loss insurance claim coverage maintained by you for the Vehicle plus any deductible amounts under the terms of the policy, unpaid Monthly Payments due, any official fees and taxes assessed or billed in connection with this Lease and any other charges to satisfy your obligations under this Lease.

**25. REFUNDABLE SECURITY DEPOSIT.** We may use some or all of your Security Deposit to pay what you owe under this Lease. The Security Deposit cannot be used to pay any Monthly Payment. You will not earn interest, increases or profits on your Security Deposit. We may commingle your Security Deposit with our general funds; any interest or monetary benefit to us will not be paid to you nor applied to what you owe under this Lease. After you have paid all your obligations to us under this Lease, we will refund to you any part of your Security Deposit that is not used to pay what you owe us.

## INSURANCE, MAINTENANCE & OPERATION

**26. VEHICLE INSURANCE.** You agree to provide the following types and amounts of primary insurance during the Lease Term: a. Public Liability for bodily injury or death to any one person for not less than $100,000 and for any one occurrence for not less than $300,000; b. Property Damage Liability for not less than $50,000; c. Comprehensive Liability, including fire and theft, for the Vehicle's actual value (payable in cash and not by a replacement vehicle) with a maximum deductible of $1,000; d. Collision Liability for the Vehicle's actual value (payable in cash and not by a replacement vehicle) with a maximum deductible of $1,000. The policy(ies) must name us as an additional insured and loss payee. The policy must provide us with at least 30 days' advance notice of cancellation. We have the right to endorse your name on any insurance check or settlement we receive. If you fail to give us proof of this insurance, we may purchase it to protect our interest in the Vehicle. You may pay the cost of the insurance we purchase when we bill you. The cost of this insurance may be more than the cost of insurance you obtain. If you do not pay the cost of the insurance we purchase, we will add the amount to what you owe under this Lease, and the amount added will incur Rent Charge. The insurance we purchase may not cover your interest in the Vehicle. If you later give us proof of insurance, we will cancel the insurance purchased. Any refunds of premium and Rent Charge will be used to reduce what you owe us under this Lease.

**27. TOTAL LOSS PROTECTION.** If the Vehicle is damaged, stolen or destroyed and considered a total loss under your insurance coverage, and you have maintained the Vehicle Insurance (Section 26) required by this Lease, we will waive the "gap amount" upon receipt of: (a) the proceeds of insurance coverage maintained by you for the Vehicle; (b) the deductible amount under your insurance coverage; (c) any unpaid Monthly Payments due; and (d) any official fees or taxes assessed or billed in connection with this Lease and, any other charges to satisfy your obligations under this Lease. The "gap amount" is the difference between the actuarial payoff and the sums of sections (a), (b), (c) and (d) herein in the event of total loss.

**28. VEHICLE LOSS OR DAMAGE.** You must immediately notify us if the Vehicle is damaged or destroyed in an accident, stolen, abandoned, or taken by a police or other governmental agency. If the Vehicle is not considered a total loss we may terminate this Lease. Your liability will be any unpaid Monthly Payments due, any official fees and taxes assessed or billed in connection with this Lease, any other charges to satisfy your obligations under this Lease minus your insurance proceeds. If the Vehicle is stolen or destroyed, another vehicle may be substituted in its place only if you and we agree to the substitution. We have no obligation to provide a substitution vehicle. If the Vehicle is damaged and we do not terminate this Lease because the Vehicle is reasonably repairable, you must have the repairs made to our satisfaction at your expense.

**29. VEHICLE USE.** You promise that you will not (and you will not permit others to): (a) use the Vehicle for any illegal purpose; (b) drive the Vehicle without a valid driver's license; (c) garage the Vehicle outside the state where you reside when you sign this Lease for more than 30 days without our prior written permission; (d) take the Vehicle outside the United States, except for less than 30 days in Canada; (e) use the Vehicle to transport goods or persons for hire, or for lease or rental to others; or (f) allow a third party to operate the Vehicle for an extended period of time without written permission from us.

**30. VEHICLE OPERATION.** You are responsible for maintaining the Vehicle in good order and condition. You must pay all servicing expenses including gasoline, oil, tires, and expenses of maintenance and repair. You must have the Vehicle serviced in accordance with the manufacturer's recommendations. You must not make any alterations that decrease the Vehicle's value or usefulness or that violate the law. If you add equipment to the Vehicle and it cannot be removed or modified without decreasing the Vehicle's value or usefulness when the Vehicle is returned to us, the equipment will become our property. We may inspect the Vehicle at any reasonable time. You will also keep complete maintenance booklets and return them with the vehicle.

**31. EXCESS WEAR AND USE.** The following are applicable for determining excess wear and use. You must pay us the costs of all repairs to the Vehicle that are not the result of normal wear and use, whether or not the Vehicle is repaired. These costs include, but are not limited to: (a) repair of all mechanical defects, and any damage remaining after substandard repairs; (b) repair or replacement of all dented, scratched, chipped, rusted or mismatched body parts, paint, or vehicle identification items; (c) repair or replacement of dented, scratched, rusted, pitted or broken or missing trim and grill work; (d) repair or replacement of broken or burned out lights, or scratched, cracked, pitted or broken glass; (e) replacement of any missing parts accessories or adornments; (f) repair of any damage that makes the Vehicle unlawful or unsafe to drive; or (g) repair of all damage that would be covered by collision or comprehensive insurance whether or not the insurance is actually in force.

## ADDITIONAL INFORMATION

**32. TAXES, REGISTRATION AND TITLING.** You must pay when due all registration, title, license, inspection fees and other official fees and taxes (other than our income taxes) in connection with the Vehicle. If a fee or tax incurred during the Lease Term is not assessed or billed until after the Lease Term, you must pay such fee or tax when we bill you. If you move to another location during the Lease Term you agree to pay us a $25 handling fee to process registration, title and license documents in addition to the actual official fees. If at any time during the Lease Term you live in a location that assesses personal property taxes in connection with the Vehicle, you agree to pay us when we bill you, including any bill which may not be sent to you until after this Lease ends.

**33. LATE CHARGE; RETURNED CHECK CHARGE.** If we do not receive your total Monthly Payment within 10 days of its due date, you must pay a late charge of 5% of the amount of the payment that is late or $25, whichever is greater, or, to the extent of the applicable state law. If any check or payment item is returned to us unpaid for any reason, or if any electronic debit authorization is not paid, you must pay us a $15 service charge per item when we bill you.

**34. DEFAULT.** You will be in default under this Lease if: (a) you fail to make a Monthly Payment when due; or (b) you fail to keep any of your promises under this Lease; or (c) you or a guarantor becomes insolvent or die; or (d) if any information in your credit application or a guarantor's credit application is false or misleading. If you are in default, we may do any or all of the following: (i) take any reasonable measures to correct the default or save us from loss, and you must pay us our cost and expenses; or (ii) terminate this Lease and your rights to possess and use the Vehicle, and if you do not return the Vehicle to us voluntarily, take possession of the Vehicle by any method permitted by law; (iii) determine your Early Termination Liability (Section 21) which you must pay when we bill you; or (iv) pursue any other remedy permitted by law. We may use some or all of your security deposit to pay what you owe. If we get back the Vehicle we may dispose of it by public or private sale. We will add to the amount you owe all related expenses, fees, and legal costs including attorney's fees we incurred to repossess, store, restore, and/or dispose of the Vehicle.

**35. REIMBURSEMENT.** You must reimburse us for any amount of loss, liability or other expense including attorney's fees arising from the operation, condition, use or ownership of the Vehicle, including claims made under the strict liability legal doctrine. If you fail to pay any fine or parking ticket, we may pay such fine or ticket on your behalf. You must pay us the amount we pay plus a handling fee of $25 when we bill you.

**36. GENERAL.** (a) You have no right to assign any of your rights under this Lease or in the Vehicle. We may assign our interests under this Lease without your consent. (b) We may waive or delay enforcement of our rights under this Lease without affecting our rights on future defaults. (c) Any part of this Lease which is not enforceable shall not affect the validity of the remainder of this Lease. (d) We have relied upon the driver information in your credit application in entering this Lease and you represent that this information is correct. (e) At the end of the Lease Term or when this Lease terminates, you must cooperate by completing an odometer disclosure statement. If the Vehicle's odometer becomes inoperative or malfunctions, you must notify us, and have the odometer repaired within 30 days. (f) If more than one Lessee signs this Lease, each Lessee shall be jointly and severally liable for all obligations under this Lease. (g) Except as may otherwise be provided by law, this Lease will be subject to the laws of the state where you sign it. (h) This Lease describes all agreements between you and us with respect to the Lease of the Vehicle. (i) You may not change or stop any lease payments for any reason, even if you do not receive an invoice, and even if the Vehicle is stolen, destroyed, seized by the government or the court, experiences mechanical problems, or does not satisfactorily perform. (j) All prior agreements, whether oral or in writing, are superseded. (k) You represent that your driver's license and the driver's license of any authorized driver has not been revoked or suspended within the last 5 years. (l) Lessor shall not be responsible at any time for any personal property in the Vehicle. (m) Lessor owns the Vehicle.

The printing contained in this box is not part of your lease agreement.

LESSOR'S ASSIGNMENT

For value received, Lessor warrants to BMW FS that: A. This agreement: (1) has been fully and accurately completed and executed by the Lessee(s) identified on the face of this agreement, (2) describes a valid deferred payment obligation entered into by a competent Lessee of legal age and is legally enforceable by BMW FS, (3) Lessor is not in default as of the time BMW FS becomes obligated to pay the purchase price for this agreement; B. Neither Lessor nor any of its employees has made any oral or written promise, affirmation, warranty, or representation to Lessee that is not contained in this agreement; C. Lessor does not know of any fact which indicates the uncollectability of this agreement; D. Prior to the delivery of the Vehicle, Lessee paid the amount due at lease signing set forth in this agreement, and that no part of said sum has been loaned or otherwise provided directly or indirectly by Lessor; E. The Vehicle was delivered at Lessor's place of business and accepted by Lessee together with all accessories and options agreed to by Lessee; F. Lessor furnished BMW FS all credit information received from Lessee relative to this agreement and such information is true, complete, and accurate.

(See other side for Lessor's signature to the above)



**BMW Financial Services**
**Consumer Credit Application**

## A. FINANCING INFORMATION

Type of Contract: ☒ Retail ☐ Lease ☐ Balloon    Dealer Number    Dealer Name    Phone    Fax    Contact

**VEHICLE INFORMATION**    Year: 99    Make: 328iC    ☐ New ☐ Used ☐ Demo    Model    Mileage    ☐ Personal, Family or Household Use    ☐ Agricultural, Business, or Commercial Use

**CONTRACT INFORMATION**    Sale Price $ 46299    Amount Financed/Cap Cost $ 42000    Monthly Payment $ 502    Term 36

MBP: ☐ Yes ☐ No    Company Name    Amount $    Credit Insurance: ☐ Yes ☐ No    Company Name    Amount $

**DOWN PAYMENT**    Gross Trade In $    Amount Owed $    Net Trade In $    Cash $    Total Down Payment $ 3.5K

**TRADE IN VEHICLE**    Year    Make    Model    Mileage

## B. APPLICANT INFORMATION

Last Name: Iannuzzi    First Name: Michael    Middle Initial: C    Jr./Sr.    Social Security Number: 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

Date of Birth: 7/12/78    Number of Dependents: 0    Home Phone: (203)488-1799    Fax Phone

Present Address: 86 Pine Orchard Road    City: Branford    State: CT    Zip Code: 06405    County: USA    How Long? 9 Yrs. 9 Mos.

Previous Address    City    State    Zip Code    How Long? Yrs. Mos.

Employer Name: TYCO Copy Service, Inc    Employer Phone: (203)562-9723    Occupation: Manager    How Long? 9 Yrs. 9 Mos.

Business Address: 262 Elm Street    City: New Haven    State: CT    Zip Code: 06511    Nature of Business    Self Employed? ☐ Yes ☒ No

Gross Annual Income $    Source of Other Income (Alimony, Child Support, Optional)    Annual Amount $    Net Total Annual Income $ 43000.00    Years of Service? Yrs. Mos.

Previous Employer Name    Previous Employer Phone    Occupation

Nearest Relative Not Living With You    Phone    Relationship

Relative's Address    City    State    Zip Code

Personal Reference: Michael Kennedy    Reference's Address    City    State    Zip Code    Phone: 203-915-6878

Name of School: Boston College    Grad. Yr.: 2000    Education Background (Highest Level): ☐ Graduate School ☐ 3 Yr College ☐ Special Training ☒ 4 Yr. College ☐ Some College ☐ High School

Field of Study: M.I.S. and Strategic Mang.    Degree Received: BS

## C. JOINT APPLICANT INFORMATION

Last Name: Iannuzzi    First Name: Michael    Middle Initial: P    Date of Birth: 2/27/50    Social Security Number: 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

Present Address: 86 Pine Orchard RD    City: Branford    State: CT    Zip Code: 06405    How Long? Yrs.    Home Phone: 203-481-4496

Employer Name: TYCO Copy Service, Inc.    Employer Phone: 203-562-9723    Occupation: President/owner    Years of Service? Yrs. Mos.    Self Employed? ☐ Yes ☐ No

Business Address: 262 Elm Street    City: New Haven    State: CT    Zip Code: 06511    Nature of Business    Self Employed? ☐ Yes ☐ No

Gross Annual Income $    Source of Other Income (Alimony, Child Support, Optional)    Annual Amount $    Net Total Annual Income $

Previous Employer Name    Previous Employer Phone    Occupation    Years of Service? Yrs. Mos.

## D. FINANCIAL INFORMATION   ALL LOANS, LEASES AND OTHER OBLIGATIONS including alimony, child support, maintenance

Residence: ☐ Buying or Own ☐ Rent ☒ With Relatives    Leinholder or Landlord Name    Address    Original Balance    Balance Owing    Mo. Payment

Previous Vehicle Was: ☐ Leased ☐ Purchased    Name of Lessor or Financing Creditor    Other Obligations    Amount $

| Loan/Credit Account Account Number | Loan/Credit Account Creditor Name | Creditor's Address (City & State) | Original Balance | Balance Owing | Mo. Payment |
|---|---|---|---|---|---|
| | | | $ | $ | $ |
| | | | $ | $ | $ |

| | Name | Branch | Phone | Account No. | Balance |
|---|---|---|---|---|---|
| Savings | Fleet Bank | Newton Centre, MA | 617-346-3871 | 9403129627 | $ 18,000.00 |
| Checking | Fleet Bank | Newton Centre, MA | 617-346-3871 | 90736 5096 | $ 3,400.00 |

Have You Ever Obtained Credit Under A Different Name: ☐ Yes (List Names) ☒ No    Have You Ever Filed Bankruptcy: ☐ Yes - Date ☒ No



PLAINTIFF'S
EXHIBIT
3
12-16-03 GF

| Dealer Name | | Applicant's Name | |
|---|---|---|---|
| | | | |

**SPECIAL NOTICES:**
CALIFORNIA RESIDENTS: A married applicant may apply for an individual account.

OHIO RESIDENTS: Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

NEW YORK AND MAINE RESIDENTS: A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of the application. Upon your request, you will be informed whether or not a consumer credit report was requested, and if so, the name and address of the agency that furnished such report.

MARRIED WISCONSIN RESIDENTS: Wisconsin law provides that no provision of any marital property agreement, or unilateral statement or court order applying to marital property will adversely affect a creditor's interests unless, prior to the time that the credit is granted, the creditor is furnished with a copy of the agreement, statement or decree, or has actual knowledge of the adverse provision.

If you are making this application individually, and not jointly with your spouse, please be sure that the full name and current address of your spouse is properly disclosed in Section B on the front cover of this application.

MASSACHUSETTS RESIDENTS: Massachusetts law prohibits discrimination on the basis of marital status or sexual orientation.

| LIST ALL OPERATORS IN ORDER OF MOST FREQUENT USE | % Of Vehicle Use | Birth Dates | | | Operator's License Number | State | Years Licensed |
|---|---|---|---|---|---|---|---|
| | | Mo. | Day | Yr. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOR OFFICE USE ONLY**

| Credit Approved | Approved By |
|---|---|
| Loan/Lease Number | Date Booked |
| Quote No. | Revision |

Everything stated in this application is correct to the best of my knowledge. I also understand that the creditor will retain this application whether or not it is approved. I understand that the creditor will rely on this application in deciding whether to grant the requested credit. I authorize the creditor to check my credit and employment history. If this application is approved, I also authorize the creditor to give information about its credit experience with me to others.

Applicant Signature _____ Date 1/29/99

_____ Date _____

Form 4001 SOM 07/95

11



## BMW Financial Services
### Approval Notification



TIME:   04/16/99 1:25 PM

TO:     HERB CHAMBERS HONDA/BMW
FAX #:  16177311555
ATTN:
Internet Application:
Credit Buyer: GDH

Approval Number: 675145        Retail Rate Level:  LEAS

**APPLICATION INFORMATION**
Applicant:      michael iannuzzi
                86 pine orchard road
                branford, CT 106405
                (203) 455-1799

Soc. Sec. #:    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

Co-Applicant:   michael iannuzzi

**VEHICLE INFORMATION**
Year:  99       Type:  N
Collateral Description  BMW 328IC 0

**COMMENTS**

APPROVED WITH BOTH TO SIGN.
$42300 X 36 MONTHS - TTL - BMW OPTIONS

**ACCOUNT INFORMATION**
Standard Advance and term unless otherwise stated in comments. Approvals valid for 60 days from
published BMW FS program expiration date.  BMW Motorcycle approvals valid for 60 days from
Approval date.

| Eastern (800) 497-4949 | | | Southern (800) 653-6565 | | |
|---|---|---|---|---|---|
| Mgr. | Tom Rumfola | TAR-6257 | Mgr. | Ken Zurhorst | KSZ-6268 |
| | Jeff Wells | jaw -6267 | | Jerry Morrow | JLM-6269 |
| | Randy Riggle | RDR-6275 | | Patty Bininger | PAB-6217 |
| | Vanessa Hatfield | VLH-6278 | | | |

| Central (800) 578-5757 | | | Western (800) 793-9393 | | |
|---|---|---|---|---|---|
| Mgr. | Doug Carnes | DWC-6256 | Mgr. | Jim Bates | JB  -6293 |
| | Jim Hill | JKH -6255 | | Michelle Thomas | MLT-6198 |
| | | | | Brent Tebeau | BT  -7329 |

| Land Rover (800) 246-5737 | | | Motorcycle (800) 731-7290 | | |
|---|---|---|---|---|---|
| Mgr. | Doug Carnes | DWC-6256 | Mgr. | Doug Carnes | DWC-6256 |
| | Greg Hanson | GH  -6272 | | Jim Hill | JKH -6255 |

*SYS  System Approval


PLAINTIFF'S
EXHIBIT
4
12-16-03 SL





### BMW FINANCIAL SERVICES NA, INC.
### FEDERAL ODOMETER DISCLOSURE STATEMENT
### (LEASED VEHICLE)

Ownership of the vehicle described below is being transferred. Federal Law requires that you disclose the mileage to the Lessor at this time. Failure to comply with this requirement or making an inaccurate or untruthful statement may make you liable for civil or criminal penalties, pursuant to the Motor Vehicle Information and Cost Savings Act of 1972 (Pub. L. 92-513 as amended by Pub. L. 99-579). Complete disclosure form below and return to Lessor.

I, __Michael C. Iannuzzi / Michael P. Iannuzzi__ (Name of person Making Disclosure) states that the odometer now reads __6255__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below.

____X____ (1) I hereby certify that to the best of my knowledge, the odometer reading reflects the ACTUAL VEHICLE MILEAGE.

_____ (2) I hereby certify that to the best of my knowledge, the odometer reading reflects the AMOUNT OF MILEAGE IN EXCESS OF THE ODOMETER MECHANICAL LIMITS.

_____ (3) I hereby certify that to the best of my knowledge, the odometer reading is NOT THE ACTUAL VEHICLE MILEAGE.        WARNING: ODOMETER DISCREPANCY.

Year, Make, Model: 1999 BMW 323ic

Vehicle Identification Number: WBABK8339XEY91875

Lessee's Name __Michael C. Iannuzzi / Michael P. Iannuzzi__

Lessee's Street Address __86 Pine Orchard Rd__

(City) __Branford__        (State) __CT__        (Zip Code) __06405__

Lessee's Signature __mm C. Ian__

Date of Statement __1/24/00__

Lessor's Name        __BMW FINANCIAL SERVICES NA, INC.__
Lessor's Street Address    __5515 Parkcenter Circle__
                __Dublin, OH 43017__

Date Disclosure Form Sent To Lessee    __21 January, 2000__

Date Completed Disclosure Form Received From Lessee _____

Lessor's Signature __BMW FINANCIAL SERVICES__ _____ __2-28-00__
        5515 Parkcenter Circle
        Dublin, OH 43017



PLAINTIFF'S EXHIBIT
5
1216-025E

71