6

# CERTIFICATE OF TITLE



# STATE OF CONNECTICUT
## DEPARTMENT OF MOTOR VEHICLES



| VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | MODEL | BODY STYLE | CYL. | NEW/USED |
|---|---|---|---|---|---|---|
| WBABK8339XEY91875 | 1999 | BMW | 3281C | CONVT | 06 | NEW |

| TITLE NUMBER | DATE OF ISSUE | PRIOR TITLE NUMBER | PRIOR TITLE STATE | PURCHASE DATE | ODOMETER READING |
|---|---|---|---|---|---|
| 024801860 | 06/03/1999 | | | 04/30/1999 | 000020 |

OWNER(S):
BMW FINANCIAL SERVICES
5515 PARK CENTER CIR
DUBLIN         OH 43017

DATE OF BIRTH:

FIRST LIENHOLDER:                DATE OF LIEN:

SECOND LIENHOLDER:               DATE OF LIEN:

### RELEASE OF LIENS

FIRST LIEN INTEREST IN DESCRIBED
VEHICLE IS HEREBY RELEASED

NAME

AUTHORIZED SIGNATURE                    DATE RELEASED
X

SECOND LIEN INTEREST IN DESCRIBED
VEHICLE IS HEREBY RELEASED

NAME

AUTHORIZED SIGNATURE                    DATE RELEASED
X

BMW FINANCIAL SERVICES
5515 PARK CENTER CIR
DUBLIN         OH 43017

VEHICLE IDENTIFICATION NUMBER (VIN)          TITLE NUMBER

The Commissioner of Motor Vehicles hereby certifies that an application for a certificate of title for the motor vehicle described herein has been duly filed, pursuant to the provisions of the laws of the State of Connecticut, and based on the statements of the applicant and the records on file with this agency. The applicant named is the owner of said vehicle. The Department of Motor Vehicles further certifies that the vehicle is subject to any security interests shown herein.

IN WITNESS WHEREOF,
I have affixed my hand.

*José O. Salinas*
COMMISSIONER OF MOTOR VEHICLES

This is a true and exact copy.
*[signature]* Date 2-28-00
FOR REGISTRATION PURPOSES ONLY

NOTARIAL SEAL
STATE OF OHIO

SHEILA RAE MOYER
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES DEC. 15, 2004

VOID IF ALTERED

PLAINTIFF'S
EXHIBIT
6
12-10-0232

7

# BMW Financial Services
## Lease Financing Program Worksheet

| Dealer Number | Dealer Phone Number | Approval Number |
|---|---|---|
| 34400 | 617-731-0100 | |

<table>
<tr><td colspan="2">Lessee Name<br>MICHAEL C IANNUZZI</td><td colspan="2" style="text-align:center">GARAGING<br>INFORMATION</td><td colspan="2">Dealer Name<br>HERB CHAMBERS 1186, INC.</td></tr>
<tr><td colspan="2">Co-Lessee Name<br>MICHAEL C IANNUZZI</td><td colspan="2">Driver Name</td><td colspan="2">Contact Name</td></tr>
<tr><td colspan="2">Address<br>86 PINE ORCHARD ROAD</td><td colspan="2">Address</td><td colspan="2">Address<br>1186 COMMONWEALTH AVE</td></tr>
<tr><td>City<br>BRANFORD</td><td>State<br>CT</td><td>City</td><td>State</td><td>City</td><td>State<br>MA</td></tr>
<tr><td>County</td><td>Zip Code<br>06405</td><td>County</td><td>Zip Code</td><td>County</td><td>Zip Code<br>02134</td></tr>
</table>

[ ] Check here if billing address is different than above, and include billing address on reverse side.

| VEHICLE DESCRIPTION | Year 99 | Make BMW | Model BMW 328IC | VIN # WBABK8339XEY91875 | Odometer 29 |
|---|---|---|---|---|---|
| TRADE-IN DESCRIPTION | Year | Make | Model | VIN # | Odometer |

### 1 CAPITALIZED COST

| | | |
|---|---|---|
| A. | Selling Price (including Options and Accessories) | $ 44298.61 |
| B. | Federal Luxury Tax | $ 497.92 |
| C. | MBP/Maintenance Contract | $ |
| D. | Up-Front Sales/Use Tax _____ % | $ |
| E. | BMW FS Assignment Fee | $ |
| F. | Negative Trade-in Balance (Provide Documentation) | $ |
| G. | Gross Capitalized Cost (Sum of 1A through 1F) | $ 44796.53 |
| H. | Positive Trade-in Balance (Provide Documentation) | $ 5000.00 |
| I. | Cash Down Payment | $ |
| J. | Capitalized Cost Reduction (1H + 1I) | $ 5000.00 |
| K. | Adjusted Capitalized Cost (1G - 1J) | $ 39796.53 |

### 2 RESIDUAL VALUE

| | | |
|---|---|---|
| A. | Vehicle MSRP | $ 46295.00 |
| B. | Residualizable Options (See Handbook) | $ |
| C. | Residual Basis (2A + 2B) | $ 46295.00 |
| D. | Base Residual _____ % + _____ % (Low Mileage) = % 66.00 | $ 30554.70 |
| E. | High Mileage Adjustment | $ |
| F. | Residual Value (2D - 2E) | $ 30554.70 |

### 3 MONTHLY PAYMENT

| | | |
|---|---|---|
| A. | Lease Term | 36 MONTHS |
| B. | Monthly Lease Charge [(1K + 2F) x 0.00285 Rate Factor] | $ 200.50 |
| C. | Monthly Depreciation (1K - 2F)/3A | $ 256.72 |
| D. | Base Monthly Payment (3B + 3C) | $ 457.22 |
| E. | Monthly Sales/Use Tax 6.0000 % | $ 27.43 |
| F. | Other | $ |
| G. | Total Monthly Payment (Sum of 3D through 3G) | $ 484.65 |
| H. | Total of All Monthly Payments (3H x 3A) | $ 17447.40 |

### 4 AMOUNT DUE DEALER

| | | |
|---|---|---|
| A. | Adjusted Capitalized Cost (Line 1K) | $ 39796.53 |
| B. | First Monthly Payment/Advance Payment | $ 484.65 |
| C. | Security Deposit/Last Monthly Payment | $ 500.00 |
| D. | Tax on Capitalized Cost Reduction | $ 300.00 |
| E. | BMW FS Assignment Fee | $ 480.00 |
| F. | Federal Luxury Tax | $ 497.92 |
| G. | Other | $ |
| H. | Dealer Reserve (see reverse) | $ |
| I. | Net Amount Due to Dealer (Sum of 4A through 4H) | $ 37533.96 |



PLAINTIFF'S
EXHIBIT
7
12-16-03

## Sales Tax Calculation - New Jersey

A. Selling Price (Line 1A) $ _____
B. MBP/Maintenance (Line 1C) $ _____
C. BMW FS Assignment Fee $ _____
D. Total (Sum of A through C) $ _____
E. Residual Base (Line 2C) $ _____
F. Residual % (Line 2D) _____ %
G. Base Residual Value (E x F) $ _____
H. High Mileage Adjustment (Line 2E) $ _____
I. Residual Value (G - H) $ _____
J. Total Depreciation (D - I) $ _____
K. Tax Rate _____ %
L. Total Sales Tax (J x K)
   (Enter on Line 1D) $ _____

> NO OTHER DISCLOSURES ARE
> NECESSARY ON WORKSHEET
> OR CONTRACT

## Dealer Reserve Calculation

A. Monthly Lease Charge (Line 3B) $ _____
   _____ Rate Factor
B. Monthly Lease Charge at Buy Rate $ _____
   _____ Rate Factor
C. Lease Charge Difference (A - B) $ _____
D. Total Difference (C x Lease Term) $ _____
E. Amount Due Dealer (D x _____ %) $ _____
F. Total Assignment Fee (Line 1F) $ _____
G. Base Assignment Fee $ _____
H. Assignment Fee Difference (F - G) $ _____
I. Amount Due Dealer (H x _____ %) $ _____
J. Total Reserve Due Dealer (E + I) $ _____
   (Enter on Line 4H)

## Sales Tax Calculation - New York

A. Selling Price (Line 1A) $ _____
B. Federal Luxury Tax (Line 1B)
   (If Capitalized) $ _____
C. MBP/Maintenance (Line 1C) $ _____
D. Cap Cost Reduction (Line 1J) $ ( _____ )
E. BMW FS Assignment Fee $ _____
F. Total (Sum of A through E) $ _____
G. Residual Basis (Line 2C) $ _____
H. Residual % (Line 2D) _____ %
I. Base Residual Value (G x H) $ _____
J. High Mileage Adjustment (Line 2E) $ _____
K. Residual Value (I - J) $ _____
L. Total Depreciation (F - K) $ _____
M. Lease Term (Line 3A) _____ MOS
N. Monthly Depreciation (L/M) $ _____
O. Lease Rate Factor (Line 3B) _____
P. Monthly Lease Charge
   (F - K) x O $ _____
Q. Monthly Payment (N + P) $ _____
R. Tax Rate _____ %
S. Monthly Sales Tax (Q x R) $ _____
T. Total Sales Tax (If Not Capitalized) $ _____
U. Total Sales Tax (If Capitalized)
   (S x M x Tax Factor) $ _____
   (Enter on Line 1D of worksheet)

| TAX RATE % | TAX FACTOR | TAX RATE % | TAX FACTOR |
|---|---|---|---|
| 5.25% | 1.08541 | 7.50% | 1.08108 |
| 5.50% | 1.05820 | 7.75% | 1.08401 |
| 5.75% | 1.06101 | 8.00% | 1.08696 |
| 6.00% | 1.06383 | 8.25% | 1.08992 |
| 6.25% | 1.06667 | 8.50% | 1.09290 |
| 6.50% | 1.06952 | 8.75% | 1.09589 |
| 6.75% | 1.07239 | 9.00% | 1.09890 |
| 7.00% | 1.07527 | 9.25% | 1.10193 |
| 7.25% | 1.07817 | 9.50% | 1.10497 |

## Billing Address

| Address | |
|---|---|
| City | State |
| County | Zip Code |

Form #4005





9





