

## TRANSFER OF INTEREST AND ASSUMPTION OF OBLIGATION
## UNDER A MOTOR VEHICLE LEASE AGREEMENT

FOR VALUE RECEIVED, and subject to the consent of the Lessor, BMW Financial Services NA, Inc. (BMW FS), I (we) hereby transfer to <u>Michael W. Kennedy</u> of <u>40 Oak Ridge Road, Branford, CT 06405-0000</u>, all my (our) right, benefit and interest in and to the vehicle described as <u>1999 BMW 323ic, Serial Number WBABK8339XEY91875</u> subject to a security interest created by a Motor Vehicle Lease Agreement (Lease) dated <u>April 30, 1999</u> between BMW FS and me (us), and all of my (our) obligations under said Lease.

I (we) hereby agree that this transfer shall in no way relieve me (us) from my (our) obligations under said Lease (a copy of the original Lease is attached and herewith acknowledged), and I (we) hereby agree that the time for making payments for any or all of the installments due or to become due under said Lease may be extended or the Lease may be changed in any other manner at the option of BMW FS and without my (our) consent and that any such extensions or changes shall not relieve me (us) from liability under such Lease.

I (we) hereby appoint BMW FS as my (our) attorney-in-fact to execute and file on my (our) behalf all official forms necessary to transfer my (our) right, benefit and interest in the above described vehicle.

The parties hereto agree that this transfer and modification of the subject Lease is entered into in accordance with the Lease terms and that all the Lease terms and provisions remain unchanged and in full force and effect. Transferor shall remain liable for the indebtedness and the provisions thereof may be enforced jointly and/or severally against both or either Transferor or Transferee.

Transferor: _Michael C. Iannuzzi_    Address: _86 pine orchard Rd, Branford, CT 06405_

Transferor: _Michael P. Iannuzzi_    Address: _86 pine orchard Rd, Branford, CT 06405_

Subscribed and sworn to before me this _28th_ day of _January_, ~~to~~ 2000
My commission expires _July 31, 2001_   _Barbara M. Kennedy_
                                          Notary Public

FOR AND IN CONSIDERATION OF the transfer to me (us) of the above described vehicle and corresponding obligations under the above-mentioned Lease and security interest I (we) hereby agree to make all payments now due or to become due under said Lease and further agree to comply with and be bound by each and all of the terms and conditions of said Lease with <u>27</u> remaining payments of <u>$484.65 due on the 1st of the month</u> and payable in accordance with the terms of the original Motor Vehicle Lease Agreement.

I (we) hereby appoint BMW FS as my (our) attorney-in-fact to execute and file on my (our) behalf all official forms necessary to transfer my (our) right, benefit and interest in the above described vehicle. I (we) hereby acknowledge receipt of a copy of the above-mention Lease.

Transferee: _Michael W. Kennedy_    Address: _40 Oak Ridge Rd, Branford, CT 06405_

Witness: _Delphine Merlone_    Address: _3 Block Island Rd. 611 Branford, Ct._

Subscribed and sworn to before me this _28th_ day of _January_, ~~to~~ 2000
My commission expires _July 31, 2001_   _Barbara M. Kennedy_
                                          Notary Public

We hereby consent to the transfer of the above described vehicle and corresponding Lease obligations subject to the terms of the above-mentioned Lease.

Dated this _28th_ day of _February_, 2000    BMW FINANCIAL SERVICES NA, INC.
                                              By _[signature]_

PLAINTIFF'S EXHIBIT
_1_
12-16-03 SF

70

12

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | \* |
| Plaintiff, | CIVIL ACTION |
| | \* NO. 3:02cv1754 (CFD) |
| VS. | \* |
| BMW FINANCIAL SERVICES, N.A. | \* |
| | NOVEMBER 14, 2003 |
| Defendant | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

### AFFIDAVIT OF ARMANDO MACIAS

I, Armando Macias, being duly sworn, hereby depose and say:

1) I am over the age of eighteen years, believe in the obligations of an oath or affirmation, and make this statement upon my personal knowledge as well as records made and kept in the ordinary course of my employer's business by employees with knowledge and duty to do so.

2) I am an Operations Support Manager of BMW Financial Services NA, LLC ("BMW FS"), the defendant in this action. BMW FS is a finance company headquartered in Ohio. I make this statement in support of BMW FS's motion for summary judgment.

3) On or about April 30, 1999, Michael C. Iannuzzi and Michael P. Iannuzzi executed a lease for a new 1999 BMW 328IC convertible with a motor vehicle dealer in Boston,



Massachusetts. A true and correct copy of this lease has been submitted with BMW FS's Motion for Summary Judgment as Exhibit C.

4) I am advised that the Iannuzzis asked the Dealer to etch the vehicle's VIN number from several of its components, and that the Dealer performed this service. If this is true, BMW FS had no involvement in this request or service.

5) At or before the time it executed the lease, the Dealer calculated the title fee, registration fee, license fee, VIN etch fee, money due at lease signing, and total of payments, and disclosed these charges to the Iannuzzis. Pursuant to pre-existing agreements between the Dealer and Defendant which are common in the industry, the Dealer assumed responsibility for providing these disclosures to consumers and wrote the results of its calculations onto blank lease forms provided to it in advance by Defendant.

6) BMW FS did not calculate the title fee, registration fee, license fee, VIN etch fee, money due at lease signing, or total of payments. Neither did BMW FS collect or receive the title fee, registration fee, license fee, VIN etch fee, or money due at lease signing for the transaction.

7) In accordance with industry norms and pre-existing agreements with BMW FS, the Dealer immediately sold the vehicle to BMW FS, which had agreed to finance the transaction. BMW FS began collecting monthly payments from the Iannuzzis.

8) The Dealer sent a copy of the lease agreement to BMW FS, but did not assign to BMW FS any document by which it could have been determined that the title fee, registration fee, license fee, VIN etch fee, money due at lease signing, or total of payments had been incompletely or inaccurately disclosed.

9) On or about January 28, 2000, Michael W. Kennedy and the Iannuzzis executed a Transfer of Interest and Assumption of Obligation by which the Iannuzzis transferred to Mr. Kennedy their right, benefit, and interest in the vehicle, and Mr. Kennedy agreed to be bound by the lease's terms. BMW FS executed this document on or about February 28, 2000. A true and correct copy of this document has been submitted with BMW FS's Motion for Summary Judgment as Exhibit D.

10) After Mr. Kennedy returned the vehicle at the end of the lease term, BMW FS issued Mr. Kennedy a bill dated August 21, 2002 for $2,975.45. This bill included a charge for $160.53 in use and sales tax which BMW FS was obligated to collect for the State of Connecticut. That figure was tabulated as 6.0% of the remaining base payment ($457.22), disposition fee ($350.00), and excess mileage fee ($1,868.20). A true and correct copy of this bill has been submitted with BMW FS's Motion for Summary Judgment as Exhibit E.

11) The August 21, 2002 bill also included a charge for $1,868.20 in excess mileage fees because Mr. Kennedy returned the vehicle with 45,366 miles on the odometer, which was 9,341 miles over the 36,025 limit set forth in the lease. True and correct copies of BMW FS's Vehicle Inspection Report and Expense Detail Sheet have been submitted with BMW FS's Motion for Summary Judgment as Exhibits F and G, respectively.

_____
ARMANDO MACIAS

STATE OF OHIO        )
                     ) ss:
COUNTY OF            )

Subscribed and sworn to before me this the 13th day of November, 2003.

Suzanne M. Darling

NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES APRIL 25, 2005

13

# APPLICATION FOR REGISTRATION OF A MOTOR VEHICLE AND FOR CERTIFICATE OF TITLE
H-13 REV. 7-95

**STATE OF CONNECTICUT**
**DEPARTMENT OF MOTOR VEHICLES**
60 STATE STREET, WETHERSFIELD, CT 06161

**INSTRUCTIONS** (1) Do not print below the line labeled OFFICE USE ONLY (2) If the last previous owner of the vehicle had a valid certificate of title to the vehicle, the title must accompany this application. (3) See back of form for instructions concerning TAX EXEMPTION.

04/30/99  112 177 095 6831 0052 95.00
TYC01

## 1. APPLICANT (Owner Registering Vehicle)
- **OWNER'S NAME:** BMW Financial Services
- **MAILING ADDRESS:** 5515 Parks Center Circle
- **City/Town:** Dublin  **State:** OH  **Zip:** 43017
- **DATE VEHICLE PURCHASED:** 4-30-99
- **CT TOWN WHERE VEHICLE IS TO BE TAXED:** BRANFORD

## 2. VEHICLE
- **VIN:** WBABK8339XEY91875
- **MAKE:** BMW  **YEAR:** 1999  **BODY STYLE:** Convertible  **NEW**
- **ODOMETER:** 30  **COLOR:** Black  **MODEL:** 323ICA  **NO. OF CYL:** 6  **FUEL:** Gasoline

## 5. AUTOMOBILE INSURANCE
- **COMPANY:** Allstate
- **POLICY NO:** 019585153  **DATE:** 4/29/99

## 7. IF LEASED VEHICLE
- **NAME OF LESSEE:** Michael C. Iannuzzi
- **ADDRESS:** 86 Pine Orchard Rd, Branford CT 06405

## 8. SELLER(S)
- **NAME:** Herb Chambers BMW
- **ADDRESS:** 1186 Commonwealth Ave Boston MA 02RH

## 9. SIGNATURE
Owner's signature: X [signed] P/A

### OFFICE USE ONLY
- TYPE OF REGISTRATION: PASS
- EXPIRATION DATE: 04/30/01
- TAX TOWN: 017
- EMISSIONS STICKER NO: 90110
- EMISSIONS EXPIR. DATE: 4/2000
- ANNUAL FEE: 35
- FEE FACTOR: 30
- TOTAL FEE: $95

**PLAINTIFF'S EXHIBIT 13**

14

**BMW Financial Services**
Funding Package Checklist - Lease   6751/5

Customer Name: Michael C. Vaccuzzi
Dealer Name: New Chamber BMW

____ 1. **Lease Worksheet**
- BMW FS Assignment Fee
- Only items listed in BMW FS Automotive Financing Handbook may be residualized
- Luxury, state and personal property tax, if applicable (send verification if paid separately)

____ 2. **BMW FS Vehicle Lease Agreement**
- Complete, with all required customer and dealer signatures, initials, and dates (no more than 3 corrections per contract)
- Excess mileage charge $.15 per mile
- All corrections should have <u>full signature(s)</u> of lessee(s)

____ 3. **Contract Addenda (New York and Hawaii only)**

____ 4. **Title and Registration Documents**
- Copy of MSO (except California), front and back, showing either Financial Services Vehicle Trust or BMW Financial Services NA, Inc.
- Copy of title application
- Titling address: 5515 Parkcenter Circle, Dublin, OH 43017-3535

____ 5. **Copy of Window Sticker**
- If unavailable, copy of Factory Invoice

____ 6. **Copy of Lessee(s) Driver's License(s)**
- Valid license for each contract signer

____ 7. **Federal Odometer Disclosure Statement**
- Signed by dealership as transferor and signed by lessee(s) on behalf of BMW FS as transferee(s) (unless state law requires titling agent to sign on behalf of BMW FS)

____ 8. **BMW FS Credit Application**
- Completed Consumer or Business Application with original signature(s)
- Additional drivers should be listed on back of application with driver's license numbers

____ 9. **Credit Documentation**
- Copy of FaxBack approval
- Documentation required by credit buyer (e.g., POI, proof of payoff, etc.)

____ 10. **BMW FS Insurance Validation Form - Lease**
- Complete, with lessee(s) signature(s)

____ 11. **Invoices for Dealer Installed Options (e.g., R.O. for a CD player)**

____ 12. **MBP/Maintenance Program Application if applicable**

____ 13. **BMW FS Purchase Intent Form (Certified Pre-Owned BMW Vehicles only)**

Please return all requested documents, *including this checklist*, to our Funding Department
For assistance, please call our Funding Department at (800) 473-4269


PLAINTIFF'S EXHIBIT
14
12/16/03 SE

21