15

Department: Accounting
User: bensonma
Action: Remarket
Comment:
Per fax from Arnie; still not there

---

Date: 5/28/02
Department:
User: BETG
Action: Collection Note
Comment:
TONA - 203-483-4500, rings

---

Date: 5/30/02 1:11:00 PM
Department: Collections
User: mohlerle
Action: Pending New Vehicle
Comment:
Customer called in from phone number (203)483-4500. This phone number added to customer contacts on 05/30/2002 01:10:54 PM.

---

Date: 5/31/02 12:32:00 PM
Department: Accounting
User: bensonma
Action: Remarket
Comment:
Per fax from Arnie; still not there

---

Date: 6/3/02
Department:
User: BETG
Action: Collection Note
Comment:
TOLM - lm to cb with tpf at 203-481-1134

---

Date: 6/6/02
Department:
User: BETG
Action: Collection Note
Comment:
SKIP - no ins info given for file

---

Date: 6/6/02
Department:
User: BETG
Action: Collection Note
Comment:
SKIP - given reported as prev add; current add shows 101 W Main Street; Branford, CT 06405...203-483-4500.

---

Date: 6/6/02
Department:
User: BETG
Action: Collection Note
Comment:
UPSC - req repo; 64dpd, lease was up 5-1-02

---

Date: 6/6/02
Department:
User: BETG
Action: Collection Note
Comment:
TOLM - 203-483-4500, from notes, lm to cb

PLAINTIFF'S EXHIBIT 15 12/16/03 SE

---

Date: 6/6/02
Department:
User: REID

Action: Collection Note
Comment:
UPSC - called 203-481-1134 s/w Mrs. kennedy she is also an atty sd that Michael is her son and he and mr. Kenndy have a law practice together sd to 203481-4040 called left ms ..says law office of Kennedy and Kennedy.

---

Date: 6/6/02 9:24:00 AM
Department:Accounting
User: bensonma
Action: Remarket
Comment:
Rec'd fax from Arnie; car still not there

---

Date: 6/7/02
Department:
User: BETG
Action: Collection Note
Comment:
TOLM - 203-481-4040; Kennedy & Kennedy; lm to cb vry imp

---

Date: 6/10/02
Department:
User: BETG
Action: Collection Note
Comment:
TRLR - veh not there, they're waiting for call from cust

---

Date: 6/10/02
Department:
User: LEIT
Action: Collection Note
Comment:
TEPP - tt customer at wrk- said the vehicle was in an accident the last day of the lease and is now in a bodyshop. He will mail $484.65 today.

---

Date: 6/10/02 2:16:00 PM
Department:Remarketing
User: carleyti
Action: Address Updates
Comment:
The Lessee Address has changed: Address 1 has changed from 40 OAK RIDGE ROAD to 101 West Main Street. Home Phone Number has changed from 9999999999 to 2034814040.

---

Date: 6/10/02 2:18:00 PM
Department:Remarketing
User: carleyti
Action: Extension Maintenance
Comment:
Extension Quote/Committed for 1 months.

---

Date: 6/10/02 2:18:00 PM
Department:Remarketing
User: carleyti
Action: Print/Fax
Comment:
Faxed: Extension to: 2034837922

---

Date: 6/10/02 2:20:00 PM
Department:Remarketing
User: carleyti
Action: Lease-End Process
Comment:
cci......car was in accident and is now in the repair shop. gave one month ext to help bring acct current.....will be ti veh this friday.

---

Date: 6/11/02 2:20:00 PM
Department:Insurance
User: beales

48

Action: Insurance Repair
Comment:
Insurance repair check received 4571.49 great american mailed to giovanii a/b

---

Date: 6/14/02
Department:
User: BETG
Action: Collection Note
Comment:
TRLM - lm to cb, pos id

---

Date: 6/17/02
Department:
User: BETG
Action: Collection Note
Comment:
TRTC - cust will upay nlt 6-21-02; veh still at Giovanni

---

Date: 6/17/02
Department:
User: BETG
Action: Collection Note
Comment:
TOTO - per Giovanni 203-488-0556, veh is fixed; they need 1432.32 to release veh

---

Date: 6/17/02
Department:
User: BETG
Action: Collection Note
Comment:
TOTO - 860-691-2086; Jeff Thompkins with Great American Ins Co; claim # 6035 77417...adv to call adj...

---

Date: 6/17/02
Department:
User: BETG
Action: Collection Note
Comment:
OCSC - Great American left voicemail; supp check is being sent today so Giovanni can release it to customer and cust can turn in to dealer for lease end

---

Date: 6/19/02
Department:
User: BETG
Action: Collection Note
Comment:
UPSC - sent file to Rose Norman

---

Date: 6/19/02
Department:
User: NORM
Action: Collection Note
Comment:
UPDT - DISCUSSED W/MELISSA B. MKR IS TO TK DEDUCTIBLE TO GIOVANNI BODY SHOP & THEN T/I FOR L/E..I WILL HD FILE TIL MON, IF NOTHING RESOLVED WILL MK DECISION..SUPPLEMENT CK FR INS CO IS ON WAY TO GIOVANNI..

---

Date: 6/19/02 2:48:00 PM
Department: Remarketing
User: devilich
Action: Lease-End Process
Comment:
coll working acct 77 dd

---

Date: 6/20/02
Department:
User: MOHL
Action: Collection Note

49

Comment:
CCSC - mkr ci adv veh was in an accident and ( ) in the process of being repaired, mkr refuses to mak( ) last pymt until gets a final bill, mkr also d( ) not know when the veh is going to be completely fixed, placed mkr on hold to review w/Rose N.and mkr hu then, reviewed w/Rose Norman we are going charge off as a bad debt if this last pymt is not made

---

Date: 6/20/02 3:18:00 PM
Department:Remarketing
User: baileyal
Action: Lease-End Process
Comment:
CCI-sd his car was taken into dlrshp b/c of problem with the conv. top, but now the dlrshp will not fix under wty b/c custr caused the damage to car. An in adjuster will be looking at car. Told custr he will need to ext, but needs to tt collections first. Transferred to Leon.

---

Date: 6/25/02
Department:
User: NORM
Action: Collection Note
Comment:
TRLM - TC ON MACH..ADV IMP OF RT CALL

---

Date: 6/26/02
Department:
User: NORM
Action: Collection Note
Comment:
CCVM - LMTC 203 481 4040

---

Date: 6/26/02
Department:
User: NORM
Action: Collection Note
Comment:
UPAY - TR S/W MKR, DID UPAY FOR FINAL APR PM. ADV HIM HE WILL BE BILLED FOR ANY LF'S, OTH CHGS, PROP TX, MILEAGE & W&T AFTEI INSPECTION HAS BEEN COMPLETED..

---

Date: 6/26/02 3:21:00 PM
Department:Remarketing
User: devilich
Action: Lease-End Process
Comment:
clld work# na-just rings

---

Date: 6/26/02 3:22:00 PM
Department:Remarketing
User: devilich
Action: Lease-End Process
Comment:
clld H# lm on ans mach..adv ver urgent ret cll by 6 pm tdy

---

Date: 6/26/02 3:40:00 PM
Department:Remarketing
User: carleyti
Action: Lease-End Process
Comment:
cci...from 203/483-6233

---

Date: 6/26/02 3:44:00 PM
Department:Remarketing
User: carleyti
Action: Lease-End Process
Comment:
cci.....vehicle is at BMW of North Haven and has been for last couple weeks....cars was in an accident........;cust is will be ti veh over to dealer today and wil cb with the person who took the keys.

---

Date: 6/28/02 11:11:00 AM

50

Comment:
Turn In removed from Account States.

---

Date: 7/1/02 10:32:00 AM
Department:Remarketing
User: manginpe
Action: Account States Updated
Comment:
Confirm Turn-In added to Account States.

---

Date: 7/1/02 10:33:00 AM
Department:Remarketing
User: manginpe
Action: Lease-End Process
Comment:
John @ BMW of North Haven ci......vehc is there and will get over to Arnie w/ repair order. Stated cust elected not to do repair b/c not covered under insurance and didn't want to have to pay any longer for lease.

---

Date: 7/1/02 10:34:00 AM
Department:Remarketing
User: manginpe
Action: Lease-End Process
Comment:
**************MB, please only bill for 1m past eol date. Vehc has been at dealership in service dept since 6/14.

---

Date: 7/1/02 5:17:00 PM
Department:Accounting
User: bensonma
Action: Account States Updated
Comment:
Repair Issue added to Account States.

---

Date: 7/8/02 11:22:00 AM
Department:Accounting
User: bensonma
Action: Remarket
Comment:
Called & left mess for Arnie @ North Haven

---

Date: 7/8/02 3:30:00 PM
Department:Accounting
User: bensonma
Action: Remarket
Comment:
Conv. top is partially taken apart & trunk is not working

---

Date: 7/8/02 3:32:00 PM
Department:Accounting
User: bensonma
Action: Remarket
Comment:
TT Arnie @ North Haven; customer dropped the car there and the top is not working and the trunk is not working; please have the car audited at the auction and bill for the damages from the auction; the customer would not get the car fixed @ North Haven

---

Date: 7/8/02 3:32:00 PM
Department:Accounting
User: bensonma
Action: Account States Updated
Comment:
Repair Issue removed from Account States.

---

Date: 7/8/02 3:32:00 PM
Department:Accounting



16

# DOCUMENTS REQUIRED TO COMPLETE AN ASSUMPTION

805

ACCOUNT NO. 3000208849

LESSEE: Michael C. Iannuzzi  
CO-LESSEE: Michael P. Iannuzzi

ASSIGNEE: Michael W. Kennedy

ADDRESS:  
86 Pine Orchard Road  
Branford, CT 06405-0000

ADDRESS:  
40 Oak Ridge Road  
Branford, CT 06405-0000

TELEPHONE#(hm)_____  
(wk)_____

TELEPHONE#(hm)_____  
(wk)_____

## STAGE 1:                                                                DATE RECEIVED

FEE AMOUNT: $ 450.00

- [x] CREDIT APPLICATION RECVD (PERSONAL/~~BUSINESS~~)  _____
- [x] REQUEST COPY OF CONTRACT AND TITLE _____  _____
- [x] CREDIT APPROVED / ~~DECLINED~~ 1-10-00  _____

## STAGE 2: DATE OVERNIGHT PACKAGE SENT  1-21-00            DATE RECEIVED

TRACKING NO. _____ ~~Airborne Express~~ / Federal Express

2/16 resent stg 2 ppwk  
(# 124466610061)

- [x] FEE RECEIVED: $ 450.00        2-28
- [x] TRANSFER OF INTEREST          2-18
- [x] ODOMETER STATEMENT            2-18
- [x] INSURANCE VALIDATION FORM     2-18
- [x] DRIVER'S LICENSE              2-18
- [x] TITLED IN STATE CT TO CT
- [x] TITLE ORDERED/~~COPY NOTARIZED~~ _____
- [x] INSURANCE VERIFIED            2-23
- [x] SIGN-OFF                      2-28

## STAGE 3:                                                                DATE COMPLETED

TRACKING NO. _____ 4643 7889 0718 / Federal Express

- [x] OVERNIGHT SENT TO ASSIGNEE / LETTER TO TRANSFEREE    2-28
- [x] NAME CHANGED ON SYSTEM / FILE CLOSED OUT             2-29

4/1

60

15



17

# BMW Financial Services
## Transaction Statement

BMW Customer Communication Center
P.O. Box 3608, Dublin, OH 43016-0306
For information or questions concerning your
account please contact 1-800-578-5000



| Account Number | Make | Model | Vehicle Identification |
|---|---|---|---|
| 3000208849 | BMW | 328i convertible | WBABK8339XEY91875 |

Michael Kennedy
101 West Main Street
BRANFORD, CT 06405-0000



PLAINTIFF'S EXHIBIT
67
12-16-03 SE

| Description | Effective Date | Post Date | Amount |
|---|---|---|---|
| Billing-Security Deposit | 05/06/99 | 05/01/99 | $500.00 |
| Billing-Cap Reduction | 05/06/99 | 05/01/99 | $5,300.00 |
| Billing-Lease Payment | 05/06/99 | 05/01/99 | $484.65 |
| Payment | 05/01/99 | 05/06/99 | $500.00 |
| Payment | 05/01/99 | 05/06/99 | $5,300.00 |
| First Payment Received | 05/01/99 | 05/06/99 | $484.65 |
| Billing-Lease Payment | 05/10/99 | 06/01/99 | $484.65 |
| Payment | 05/29/99 | 06/01/99 | $484.65 |
| Payment | 06/27/99 | 06/28/99 | $484.65 |
| Billing-Lease Payment | 06/04/99 | 07/01/99 | $484.65 |
| Payment | 07/28/99 | 07/28/99 | $484.65 |
| Billing-Lease Payment | 07/06/99 | 08/01/99 | $484.65 |
| Payment | 08/25/99 | 08/25/99 | $484.65 |
| Billing-Lease Payment | 08/05/99 | 09/01/99 | $484.65 |
| Payment | 09/23/99 | 09/23/99 | $484.65 |
| Billing-Lease Payment | 09/07/99 | 10/01/99 | $484.65 |
| Payment | 10/23/99 | 10/23/99 | $484.65 |
| Billing-Lease Payment | 10/18/99 | 11/01/99 | $484.65 |
| Payment | 11/26/99 | 11/26/99 | $484.65 |
| Billing-Lease Payment | 11/15/99 | 12/01/99 | $484.65 |
| Payment | 12/23/99 | 12/23/99 | $484.65 |
| Billing-Lease Payment | 12/16/99 | 01/01/00 | $484.65 |
| Billing-Property Tax | 01/10/00 | 01/10/00 | $395.00 |
| Payment | 01/25/00 | 01/25/00 | $484.65 |
| Payment | 01/27/00 | 01/27/00 | $395.00 |
| Billing-Lease Payment | 01/12/00 | 02/01/00 | $484.65 |
| Payment | 02/25/00 | 02/25/00 | $484.65 |
| Assumption Fees | 02/28/00 | 02/28/00 | $450.00 |



18

# BMW Financial Services 

August 21, 2002

Michael Kennedy
101 West Main Street
BRANFORD, CT 06405-0000

Re:   Account Number:    3000208849
      Year and Model:    1999 328i convertible

Dear Michael Kennedy:

Thank you for choosing BMW Financial Services to meet your vehicle leasing needs. We hope that you will consider using BMW Financial Services in the future should the opportunity arise. The information listed below represents your end of lease charges, calculated as follows:

| ITEM: | | AMOUNT: |
|---|---|---|
| Account Balance Brought Forward: | | $1,096.72 |
|     Excessively Worn or Mismatched Tires | $0.00 | |
|     Glass Repair or Replacement | $0.00 | |
|     Interior Damages or Excess Wear | $0.00 | |
|     Exterior Damage or Excess Wear | $0.00 | |
|     Mechanical Problems or Excess Wear | $0.00 | |
| Total Excess Wear and Tear Charge: | | $0.00 |
| Excess Mileage or Kilometers Charge: | | $1,868.20 |
| Termination/Disposition Fee: | | $350.00 |
| Use Tax/Applicable Sales Tax: | | $160.53 |
| Personal Property Taxes: | | $0.00 |
| Total of Charges: | | $3,475.45 |
| Refundable Security Deposit: | | $500.00 |
| Net Balance Due Upon Receipt | | $2,975.45 |

Please make your check payable to BMW Financial Services. To ensure proper credit please include your account number on the check.

BMW Financial Services
P.O. Box 78103
Phoenix, AZ 85062-8103

5515 Parkcenter Circle
Dublin, OH 43017-3535

Mailing Address
P.O. Box 3608
Dublin, OH 43016-0306

General
(614) 718-6900

Facsimile
(800) 820-4269

Customer Care
Department
1-800-578-5000

If you have any questions or concerns regarding your end of lease statement or to pay by credit card, please contact an End of Term Specialist at 1-800-398-3939, Monday through Friday, 9:00 a.m. to 6:00 p.m. Eastern Time, or by mail at either address listed.

Sincerely,

BMW Financial Services NA, LLC

**NOTE:** Personal Property taxes or Excise taxes may be assessed to your account in arrears, if billed by your state or province, county, or locality. If applicable, return plates to your department of Motor Vehicles and mail receipt to BMW Financial Services at the above address for adjustment of tax amount.



19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V.                                             CIVIL ACTION NO.
                                           3:02CV1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

    Defendant.                           JANUARY 21, 2004

## AFFIDAVIT

I, Michael W. Kennedy being first duly sworn, depose and say:

1. I am the plaintiff in the above captioned matter.

2. On January 28, 2002, I executed Plaintiff's Exhibit 11, a document prepared by the defendant BMW Financial Services, N.A. ("BMW") that contained a "modification of the subject Lease".

3. I made a payment of $450 to BMW as requested however, I do not know what the charge was for as shown in Exhibit 16, Documents Required to be Completed An Assumption.

4. On or about May 1, 2002, the end of the original lease term Exhibit 2, ¶ 3, I spoke with BMW and entered into an oral agreement to extend the lease until June 1, 2002, make a monthly payment of $484.65 and receive one thousand (1000) miles of use on the vehicle.

5. I spoke with BMW either at the end of May or beginning of June 2002

and entered into an oral agreement to extend the lease for another 30 days and receive one thousand (miles) of use on the vehicle.

_____
Michael W. Kennedy

Subscribed to and sworn to before me this 21th day of January 2004.

_____
Commissioner of the Superior Court

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed on this 26 day of January 2004 via U.S. Mail to:

Adam J. Cohen, Esq.
Sheila Denton, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

_____
Bernard T. Kennedy