UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTIUCT

MICHAEL W. KENNEDY

    Plaintiff,

V.                                CIVIL ACTION NO.
                                    3:02CV 1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

    Defendant.                    MARCH 1, 2004

**MOTION WITH CONSENT FOR AN EXTENSION OF TIME
TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

The plaintiff requests with consent of the defendant an extension of time of fifteen (15) days to March 23, 2004 to reply to defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment.

Plaintiff represents this is his first request for an extension of time.

                                  THE PLAINTIFF

                                  Bernard T. Kennedy
                                  49 Rose Street, #301
                                  Branford, CT 06405
                                  (203) 481-1322
                                  Fed. Bar # ct00680

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. Mail on this date to:

Adam J. Cohen, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601

_____
Bernard T. Kennedy