UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 12 P 12: 17
U.S. DISTRICT COURT
HARTFORD, CT.

MICHAEL W. KENNEDY

    Plaintiff,

V.

BMW FINANCIAL SERVICES, N.A.

    Defendant.

CIVIL ACTION NO.
3:02CV1754 (CFD)

MARCH 9, 2004

## PLAINTIFF'S MOTION FOR PERMISSION TO SUBMIT CORRECTED LOCAL RULE 56 (a)2 STATEMENT

Plaintiff's attorney respectfully requests that this Honorable Court grant plaintiff's Motion for Permission to Submit a Corrected Local Rule 56(a)2 Statement. The undersigned erroneously misread Local Rule 56 when he filed Plaintiff's Local Rule 56 (a) 2 statement type dated January 26, 2004.

Fortunately Defendant brought this to plaintiff's attention in its opposition to plaintiff's cross-motion for summary judgment. Defendant will not be prejudiced.

This is plaintiff's first request to submit a corrected a Local Rule 56(2) 2 statement. Plaintiff contacted defendant and it objects to plaintiff submitting this motion.

ORAL ARGUMENT NOT REQUESTED

THE PLAINTIFF

*/s/ Bernard T. Kennedy*
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-1322
Fed. Bar No. ct00680

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 9th day of March 2004 to:

Adam J. Cohen, Esq.
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

*/s/ Bernard T. Kennedy*
Bernard T. Kennedy