UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V.                                CIVIL ACTION NO.
                                  3:02CV1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

    Defendant.                     MARCH 9, 2004

**NOTICE OF FILING AFFIDAVIT AUTHENCATING PLAINTIFF'S
EXHIBITS SUBMITTED JANUARY 26, 2004**

Plaintiff Michael W. Kennedy gives notice of filing an Affidavit authenticating plaintiff's exhibits filed, type dated January 26, 2004. Defendant BMW Financial Services, N.A. should not object to any exhibits submitted by plaintiff that were provided to him by the defendant.

                                                  THE PLAINTIFF

                                        by _____
                                           Bernard T. Kennedy
                                           49 Rose Street, # 301
                                           Branford, CT 06405
                                           (203) 481-1322
                                           Fed. Bar No. ct00680

FILED 2004 MAR 12 P 12: 17 U.S. DISTRICT COURT HARTFORD, CT.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 9th day of March 2004 to:

Adam J. Cohen
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

Bernard T. Kennedy