UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V.                                CIVIL ACTION NO.
                                     3:02CV1754 (CFD)
BMW FINANCIAL SERVICES, N.A.

    Defendant.                      MARCH 9, 2004

## AFFIDAVIT

I, Bernard T. Kennedy, say:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. I am the attorney for plaintiff in the above captioned matter

3. I received from the defendant's attorneys Sheila Denton and Adam Cohen in response to plaintiff's discovery request the following Exhibits submitted in plaintiff Appendix of Exhibits type dated January 26, 2004; Exhibit 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18.

4. Exhibit 1 was a Rule 30 (b) (6) deposition of defendant's representative.

5. Exhibit 19 was plaintiff's affidavit.

_____
Bernard T. Kennedy

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 9th day of March 2004 to:

Adam J. Cohen
Pullman & Comley
Box 7006
Bridgeport, CT 06601-7006

_____
Bernard T. Kennedy