UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * * * * * *   *

| | |
|---|---|
| MICHAEL W. KENNEDY, | * |
| | CIVIL ACTION |
| Plaintiff, * | NO. 3:02cv1754 (CFD) |
| VS. * | |
| BMW FINANCIAL SERVICES, N.A. * | |
| | MARCH 15, 2004 |
| Defendant * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *   *

### DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR "PERMISSION TO SUBMIT CORRECTED LOCAL RULE 56(a)2 STATEMENT"

The defendant BMW Financial Services NA, LLC ("Defendant") hereby objects to the "Motion for Permission to Submit Corrected Local Rule 56(a)2 Statement" dated March 9, 2004 filed by the plaintiff, Michael W. Kennedy ("Plaintiff").

This is merely the latest in a series of attempts by Plaintiff to change his story during this litigation, and Defendant must yet again object. There is simply no procedure provided in the Local Rules for "correcting" a Rule 56(a)2 Statement. But even more importantly, what Plaintiff has proffered is not a "correction," but rather a substantive revision intended to circumvent Defendant's meritorious arguments in its Motion for Summary Judgment – to which Plaintiff has already submitted his Objection and for which Defendant has already submitted its Reply.

As just a few examples, Paragraph 3 would be "corrected" from a simple denial to a newfound assertion that "Dealer did so without consulting BMW to comply with its' rules to induce it to purchase the lease car and receive payments." Paragraph 5 would be "corrected" from an admission to a denial that the motor vehicle was assigned to Defendant. Paragraph 6 would be "corrected" from a simple denial to a newfound assertion that Defendant "received the entire funding package from the Dealer prior to purchasing the vehicle." Indeed, Plaintiff asks this Court to allow him to transform 8 out of the 9 responses in his original Statement.

Defendant has already filed its Reply memorandum, and would therefore be prejudiced by its inability to respond to Plaintiff's changed positions should Plaintiff's "corrected" Statement be accepted. Defendant's summary judgment motion has been fully briefed and awaits this Court's decision. Therefore, Plaintiff's attempt to "correct" his filings ought not be tolerated, and should instead be denied outright.

THE DEFENDANT
BMW FINANCIAL SERVICES NA, LLC

By: _____
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone (203) 330-2000

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the date hereon to:

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street, Suite 301
Branford, CT 06405
Telephone: (203) 481-1322

Bernard T. Kennedy, Esq.
20 Yacht Club Drive #214
North Palm Beach, FL 33408
Telephone: (561) 776-6335

**The Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT 06405
Telephone: (203) 481-4040

_____
Adam J. Cohen

BPRT/56275.5/AJC/510181v1