02 cv 1754 x time

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTIUCT

MICHAEL W. KENNEDY

    Plaintiff,

V.

                                               CIVIL ACTION NO.
                                               3:02CV 1754 (CFD)

BMW FINANCIAL SERVICES, N.A.

    Defendant.                        MARCH 1, 2004

<u>MOTION WITH CONSENT FOR AN EXTENSION OF TIME
TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
CROSS-MOTION FOR SUMMARY JUDGMENT</u>

    The plaintiff requests with consent of the defendant an extension of time of

fifteen (15) days to March 23, 2004 to reply to defendant's Opposition to

Plaintiff's Cross-Motion for Summary Judgment.

    Plaintiff represents this is his first request for an extension of time.

                     THE PLAINTIFF

                     Bernard T. Kennedy
                     49 Rose Street, #301
                     Branford, CT 06405
                     (203) 481-1322
                     Fed. Bar # ct00680

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 3/16/44

FILED
2004 MAR -3 P 2: 44
U.S. DISTRICT COURT
HARTFORD, CT.

FILED
2004 MAR 16 P 3: 52
U.S. DISTRICT COURT
HARTFORD, CT.