UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | * |
| Plaintiff, | * CIVIL ACTION<br>* NO. 3:02cv1754 (CFD) |
| VS. | * |
| BMW FINANCIAL SERVICES, N.A. | * |
| Defendant | * FEBRUARY 12, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel on behalf of BMW Financial Services, N.A. (hereinafter "BMW"). This motion is made pursuant to Local Rule 7(e) seeking an order authorizing my withdrawal of appearance as counsel on behalf of BMW. The basis for withdrawal is that as of March 1, 2004, I will no longer be practicing law with the firm of Pullman & Comley, LLC which firm presently serves and which will continue to serve as counsel to BMW as the appearance of Adam J. Cohen of Pullman & Comley, LLC is on file.

**WHEREFORE,** Sheila Anne Denton respectfully requests this Court enter an order permitting the withdrawal of her appearance as counsel to BMW in this matter and for such other relief this Court deems just and proper.

[Handwritten margin notes: "Granted, absent objection, so ordered. /s/ CFD 3/17/04"]
[Stamp: FILED MAR 17 P 9:36 DISTRICT COURT HARTFORD CT]