DENIED. The plaintiff has not provided an adequate basis for disregarding the original responses. So ordered.

Christopher F. Droney
United States District Judge
03/15/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY

    Plaintiff,

V.

BMW FINANCIAL SERVICES, N.A.

    Defendant.

CIVIL ACTION NO.
3:02CV1754 (CFD)

MARCH 9, 2004

## PLAINTIFF'S MOTION FOR PERMISSION TO SUBMIT CORRECTED LOCAL RULE 56 (a)2 STATEMENT

Plaintiff's attorney respectfully requests that this Honorable Court grant plaintiff's Motion for Permission to Submit a Corrected Local Rule 56(a)2 Statement. The undersigned erroneously misread Local Rule 56 when he filed Plaintiff's Local Rule 56 (a) 2 statement type dated January 26, 2004.

Fortunately Defendant brought this to plaintiff's attention in its opposition to plaintiff's cross-motion for summary judgment. Defendant will not be prejudiced.

This is plaintiff's first request to submit a corrected a Local Rule 56(2) 2 statement. Plaintiff contacted defendant and it objects to plaintiff submitting this motion.

ORAL ARGUMENT NOT REQUESTED