UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL W. KENNEDY : | |
| : | |
| v. : | CASE NO. 3:02CV1754(CFD) |
| : | |
| BMW FINANCIAL SERVICES, N.A. | |

## JUDGMENT

This action having come on for consideration of the parties' cross motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting the defendant's motion and denying the plaintiff's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 17th day of March, 2005.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____