UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

| | |
|---|---|
| MICHAEL W. KENNEDY, | \* |
| | CIVIL ACTION |
| Plaintiff, | \* NO. 3:02cv1754 (CFD) |
| VS. | \* |
| BMW FINANCIAL SERVICES, N.A. | \* |
| | APRIL 28, 2005 |
| Defendant | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## BILL OF COSTS

The Defendant, BMW FINANCIAL SERVICES NA, LLC hereby submits this Bill of Costs within ten (10) days of the expiration of the appeals period from this Court's summary judgment in its favor, pursuant to Local Rule 54 and 28 U.S.C. §§ 1821, 1920, 1923, and 1924:

| | |
|---|---|
| Transcript of Deposition of BMW FS employee Armando Macias: | $ 222.30 |
| Airline ticket (Ohio residence to Connecticut deposition): | $ 623.50 |
| Witness Fee for Armando Macias:<br>(one day's testimony plus one day's travel from Ohio residence) | $ 80.00 |
| Subsistence (one lunch): | $ 12.00 |
| Vehicle rental: | $ 168.25 |

| | | |
|---|---|---|
| Bridge and parkway tolls: | $ | 8.70 |
| Exhibits to successful motion for summary judgment:<br>(40 pages @ $.05 each) | $ | 2.00 |
| Docket fee on motion for judgment | $ | 5.00 |
| Fees to remove case from state court<br>(87 pages @ $.05 each) | $ | 4.35 |
| **TOTAL:** | | **$ 1,126.10** |

**ATTEST:**

I, Armando Macias, being duly sworn, hereby confirm that each of the above items claimed as costs in this action is correct, has been necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed.

_____
ARMANDO MACIAS

STATE OF OHIO          )
                       )  ss:
COUNTY OF Franklin     )

Subscribed and sworn to by me this the 26 day of April, 2005.

MELINDA L. COYLE
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES AUG 1, 2005

THE DEFENDANT
BMW FINANCIAL SERVICES NA, LLC

By: _____
Adam J. Cohen (ct 19877)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone (203) 330-2000

-2-

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

**Attorney for the Plaintiff:**
Bernard T. Kennedy, Esq.
49 Rose Street, Suite 301
Branford, CT  06405
Telephone: (203) 481-1322

20 Yacht Club Drive #214
North Palm Beach, FL  33408
Telephone: (561) 776-6335

**The Plaintiff:**
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT  06405
Telephone: (203) 481-4040

_____
Adam J. Cohen

BPRT/56275.5/AJC/556203v1

# INVOICE

## Del Vecchio Reporting Services, LLC
*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

INVOICE # 19886

12/20/03

To: ADAM J. COHEN, ESQ.
    PULLMAN & COMLEY
    850 Main Street
    P.O. Box 7006
    Bridgeport, Connecticut  06601-7006

Re: MICHAEL KENNEDY V. BMW FINANCIAL SERVICES
Deposition of: ARMANDO MACIAS
Taken on:  12/16/03

| | |
|---|---|
| TRANSCRIPT | 180.00 |
| MINISCRIPT AND INDEX | 25.00 |
| SUBTOTAL | 205.00 |
| TAX | 12.30 |
| TOTAL | 217.30 |
| SHIPPING & HANDLING | 5.00 |
| GRAND TOTAL | 222.30 |

PAYMENT IS DUE UPON RECEIPT

EIN 06-1464733

REPORTER:  SAN EDWARDS

*Please refer to invoice number when remitting.*



# Total Travel
MANAGEMENT

| | | |
|---|---|---|
| MACIAS/ARMANDO.ESPARZA.JR | Attention: | 05-Dec-2003  4:40 pm |
| | | Page 2 of 3 |

Booking locator: M2VEVS

POSITIVE ID REQUIRED AT CHECK IN.

AIRLINE PASSENGERS - TERMS AND CONDITIONS AVAILABLE
AT AIRLINE TICKET COUNTER.

PLEASE VISIT WWW.TTM.COM AND COMPLETE A TRAVELER
COMMENT CARD.

THANK YOU FOR CALLING TOTAL TRAVEL. LENA
*************************************************
RESERVATION WAS PROCESSED AS AN ELECTRONIC TICKET.
IT WAS BILLED TO......................... CREDIT CARD.
ACCOUNT NUMBER................ DC XXXX XXXX XXXX 7205
INVOICE NUMBER................................. 016937
AIR FARE........................................ 562.80
TAX................................................. 60.70
TOTAL AIR FARE................................. 623.50
SERVICE FEE...................................... 18.50
AMOUNT CHARGED................................ 642.00
FARE BASIS CODE(S)............................ KA7N2N/
W881 KA7N2N/W881
YOUR ELECTRONIC TICKET NUMBER IS... CO-0057532761773
SERVICE FEE MCO NUMBER.................. 8908119475264
*************************************************
PLEASE ATTACH THIS INVOICE TO YOUR EXPENSE REPORT.
THE PRICE OF YOUR AIR ITINERARY AS BOOKED IS $623.50
FARE QUOTE IS SUBJECT TO CHANGE UNTIL TICKET IS ISSUED.
*************************************************
OFFICE HOURS ARE MON-FRI 800A TO 630P EST
LOCAL PHONE NUMBER 248-655-7705 FAX 248 288-3031
TOLL FREE PHONE NUMBER 800-446-8747
*************************************************
FOR AFTER-HOURS ASSISTANCE CONTACT 888- 252-8635
OR 313-347-2122. COLLECT CALLS WILL BE ACCEPTED
FOR INTERNATIONAL TRAVELERS.**ACCESS CODE IS WP75K
*************************************************

POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN FOR ALL
PASSENGERS. CARRIAGE AND OTHER SERVICES PROVIDED BY
THE CARRIER ARE SUBJECT TO CONDITIONS OF CARRIAGE WHICH
ARE HEREBY INCORPORATED BY REFERENCE. THESE CONDITIONS
MAY BE OBTAINED FROM THE ISSUING CARRIER. IF THE
PASSENGERS JOURNEY INVOLVES AN ULTIMATE DESTINATION OR
STOP IN A COUNTRY OTHER THAN COUNTRY OF DEPARTURE-
THE WARSAW CONVENTION MAY BE APPLICABLE AND THE
CONVENTION GOVERNS AND IN MOST CASES LIMITS THE LIABILITY
OF CARRIERS FOR DEATH OR PERSONAL INJURY AND IN RESPECT
OF LOSS OF OR DAMAGE TO BAGGAGE.

*ResFAX® Copyright© 2003 Cornerstone Information Systems, Inc., Bloomington, IN*





# Total Travel
### MANAGEMENT

| MACIAS/ARMANDO.ESPARZA.JR | | Attention: | | 05-Dec-2003 4:40 pm |
|---|---|---|---|---|
| | | | | Page 1 of 3 |

Booking locator: M2VEVS

| | | | | |
|---|---|---|---|---|
| ✈ 15-Dec-2003 11:35am Monday | Air From: Meal: Equip: Arrival: | Continental Airlines Columbus OH, USA None Boeing 737-300 Jet 15-Dec-2003 Monday 01:04pm | Flight# To: Seats: Status: | 856 Class: K Newark NJ, USA Seat 20C Confirmed |
| | Continental Airlines locator: VYHCF6 | | | |
| 🚗 15-Dec-2003 Monday | Car Pick Up: Confirmation: Return: | Hertz Rent A Car Newark NJ, USA C3923211958 16-Dec-2003 | Type: Rate: | Inter Car Auto A/c 58.00USD |
| | Rate Info: USD 58.00Day Ulmtd 29.00Xtra Hr Ulmtd RF-ER067194 Arrival Time: 1304 Dropoff Time: 04:00pm | | | |
| 🛏 15-Dec-2003 Monday | Hotel Phone: Number of Rooms: Confirmation: | Marriott Hotels Marriott Trumbull 180 HAWLEY LANE TRUMBULL CT 06611 203-378-1400 1 84402277 #MC# | Fax: Rate: Room Guaranteed | 203-375-0632 149.00USD |
| | Check Out: 16-Dec-2003 Tuesday Cancellation note: CANCEL BY 6PM DAY OF ARRIVAL NONSMKG - BMW GUEST | | | |
| ✈ 16-Dec-2003 05:00pm Tuesday | Air From: Meal: Equip: Arrival: | Continental Airlines Newark NJ, USA Snack/brunch Boeing 737-800 Jet 16-Dec-2003 Tuesday 06:43pm | Flight# To: Seats: Status: | 1428 Class: K Columbus OH, USA Seat 21D Confirmed |
| | Continental Airlines locator: VYHCF6 | | | |

---

**Continental Airlines**

Name: MACIAS/ARMANDOESPARZAJR
Date: TUE 16 DEC 2003    54

Flight: CO 1428 K

Gate: C121    Seat: 21D

Depart: Newark-Liberty Intl    5:00 PM
Arrive: Columbus, OH    6:43 PM
Board Time: 4:25 PM

Boarding Pass

**Continental Airlines**

Name: MACIAS/ARMANDOESPARZAJR
Date: MON 15 DEC 2003    89

Flight: CO 856 K

Gate: A5    Seat: 20C

Depart: Columbus, OH    11:35 AM
Arrive: Newark-Liberty Intl    1:04 PM
Board Time: 11:00 AM

Boarding Pass



*ResFAX® Copyright© 2003 Cornerstone Information Systems, Inc., Bloomington, IN*









## Hertz

```
RR  1214735              01598/5157409   #01RN
CLS D    NVL N    03NMS6   LIC: MI RGU240
CDP:  244699 - BMW OF NORTH AMERICA
RES  C3923211958/000015   /C
PREPARED BY:  5297/NJNEW11
COMPLETED BY: 8545/NJNEW11
RENTED: 12/15/03  13:37 @ NEWARK AIRPORT
RETURN: 12/16/03  15:39 @ NEWARK AIRPORT
PLAN IN:       CRL      RATE CLASS:   C
PLAN OUT:      CRL
MILEAGE IN      14980      TR-X MILES
MILEAGE OUT     14820      MILES ALLOWED
MILES DRIVEN      160      MILES CHARGED

DAYS              2 @ $ 58.00 / DAY      $ 116.00
ADJUSTMENT                               $- 25.87
SUBTOTAL                                 T$ 90.13
CONCESSION FEE RECOVERY                  T$ 15.52
LDW        INCLUDED IN CRL    RATE
LIS        ACCEPTED @ $ 11.95 DAY        $ 23.90
PAI, PEC   DECLINED
FPO        ACCEPTED                      $ 25.87
SEC&CNT FEE                              $  5.60
TAX   6.850 % ON TAXABLE TTL OF $ 105.65 $  7.23
CHARGED ON  VISA    XXXXXXXXXXXX7405     $ 168.25
RENT FP VISA        XXXXXXXXXXXX7405
```

AN ADJUSTMENT FOR $ 25.87 HAS BEEN APPLIED TO YOUR RENTAL. PLEASE ACCEPT OUR APOLOGY FOR ANY INCONVENIENCE YOU MAY HAVE EXPERIENCED DURING YOUR RENTAL.

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

## Marriott
TRUMBULL
MERRITT PARKWAY

GUEST FOLIO

180 Hawley Lane
Trumbull, CT 06611
(203) 378-1400
Marriott.com/BDRCT

```
B08 MAGHAS/ARMANDO/SPAR  140.00  12/16/03
N6DB
   72  129 MEADOW RIDGE CT
       POWELL   OH
                    PASSPORT:
                    BKXXXXXXXXXXXXX7405
                                12/15/03  19:54
                                           ACCT# 6113
```

DATE 12/15  ROOM         308.1   149.08
     12/15  RM.TX        308.1    17.88
     12/16  BK CARD

TO BE SETTLED TO:  VISA

                CURRENT BALANCE   $166.88    .00

TO EXPEDITE YOUR CHECKOUT, PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT OR SIMPLY DROP YOUR KEY OFF AT THE FRONT DESK. FOR FUTURE RESERVATIONS CALL 1-800-221-9855

MR#: 317775971

N.J. TPKE
ENTRY EXIT LANE CLASS   TOLL
  14    18W   14        PD $ 1.70
              12/15/03  :09

```
Coll.  #01038 LANE 06N
12/15/03  02:55:56pm
PLAZA NEW ROCHELLE
CLASS 01 CASH$  1.00
```