UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL W. KENNEDY
    Plaintiff,

V.                                        CIVIL ACTION 3:02CV1754 (CFD)

BMW FINANCIAL SERVICES, N.A.
    Defendant.                  MAY 6, 2005

### PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS

Plaintiff objects to the defendant BMW's bill of costs for the following reasons:

A.

    1. There are five (5) airlines that serve the Columbus, Ohio to Newark, NJ route. The lowest fare started at approximately $200 roundtrip up to $623.50. Defendant chose to travel via the most expensive of the airlines increasing the Bill of Costs by $423.50.

    2. Defendant traveled from Ohio to Connecticut on December 15 and returned to Ohio on the 16th. Had defendant returned the auto to the rental company 62 minutes earlier or left Ohio on a later flight the rental charge would have been reduced by $84.

B.

On two occasions plaintiff informed the defendant that he would travel to Ohio for the deposition and defendant could reduce its court either by using it's in-house counsel or local counsel thereby reducing the Bill of Costs by $899.35. The total charges were in-excess of the federal guidelines for per diem expenses.

C. Pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. 1920, the Court has discretion to disallow costs entirely. Based on the vast disparity of resources between the parties, and defendant's election to expend time, money and attorney's fees well out of proportion to the up to $1,000 statutory damages available in the case, it would be inequitable and unjust to impose costs on plaintiff.

Plaintiff respectfully requests that the Court deny defendant's Bill of Cost.

THE PLAINTIFF

BY MICHAEL W. KENNEDY
1204 Main Street, No. 275
Branford, CT 06405
(203) 481-4040
(203) 481-3860 Fax
Fed. Bar No. ct19664

## CERTIFICATION

This is to certify a copy was sent via U.S. Mail on this date to:

Adam J. Cohen
Pullman & Comley
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Michael W. Kennedy