UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL W. KENNEDY : | |
| : | |
| Vs. : | CASE NO.  3:02CV1754 (CFD) |
| : | |
| BMW FINANCIAL SERVICES, N. A. : | |

RULING ON DEFENDANT'S BILL OF COSTS

Judgment entered for the defendant on March 17, 2005, after a ruling entered granting the defendant's motion for summary judgment.  Defendant filed a bill of costs on April 28, 2005, and the plaintiff filed an objection on May 9, 2005.  For the reasons stated below, defendant's bill of costs is granted in part and denied in part.

A. TRANSCRIPT OF DEPOSITION: Defendant is entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate, pursuant to Local Rule 54(c)2.  Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2(ii).

Defendant submitted a claim in the amount of  $222.30 for the cost of BMW FS employee Armando Macias's deposition, portions of which were used in defendant's motion for summary judgment.   This claim is allowed in the reduced amount of $192.30, the miniscript and index fee and the shipping and handling fee are disallowed.

B.  TRAVEL EXPENSES:   Defendant is entitled to fees of common carriers at coach rates and miscellaneous toll charges pursuant to Local Rule 54(c)4(iii).   Defendant's claim for travel expenses, which include airfare in the amount of $623.50 for Armando Macias's trip from

1

Ohio to Connecticut and return to Ohio, and bridge and parkway tolls in the amount of $8.70. These claims are allowed in the amount of $632.20.

C. FEES FOR WITNESS: Defendant is entitled to witness fees for attendance at a deposition if the deposition was a taxable cost pursuant to Local Rule 54(c)4(i).

Defendant submitted a claim for witness fee in the amount of $80.00, $40.00 per day for one day's testimony plus one day's travel from Ohio for Armando Macias. This claim is allowed in the amount of $80.00.

D. WITNESS EXPENSES: Defendant is entitled to fees for non-party deponent, including mileage and subsistence, where the deposition is a taxable cost pursuant to Local Rule 54(c)2(ii). Defendant submitted a claim for subsistence, one lunch, in the amount of $12.00. This claim is allowed in the amount of $12.00.

E. WITNESS TRAVEL EXPENSES: Defendant is entitled to fees for subsistence of the witness if mileage would be greater than subsistence amount if witness returned to residence daily pursuant to Local Rule 54(c)4(ii). Defendant submitted a claim for a vehicle rental in the amount of $168.25. This claim is allowed in the amount of $168.25.

F. EXHIBITS: Defendant is entitled to the costs of exhibits appended to a successful motion for summary judgment pursuant to Local Rule 54(c)3(iii). Defendant submitted a claim for exhibits in the amount of $2.00. This claim is allowed in the amount of $2.00.

G. DOCKET FEE: Defendant submitted a claim for docket fees in the amount of $5.00, which is allowed pursuant to 28 USC § 1923.

H. FEES TO REMOVE CASE FROM STATE COURT: Defendant is entitled to fees for removal from state court to federal court pursuant to Local Rule 54(c)6(iii). Defendant submitted

a claim in the amount of $4.35. This claim is allowed in the amount of $4.35.

I. SUMMARY: For the reasons previously stated, the defendant's bill of cots is allowed as follows:

| | |
|---|---|
| TRANSCRIPTS | $ 192.30 |
| TRAVEL EXPENSES | 632.20 |
| WITNESS EXPENSES | 12.00 |
| WITNESS TRAVEL EXPENSES | 168.25 |
| EXHIBITS | 2.00 |
| DOCKET FEE | 5.00 |
| FEE TO REMOVE CASE FROM STATE COURT | 4.35 |
| TOTAL | $ 1,016.10 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 19th day of July 2005.

KEVIN F. ROWE, Clerk

By: /s/lik
Linda I. Kunofsky
Deputy-in-Charge